# EXHIBIT 4

Case 2:22-cv-11684-SJM-EAS   ECF No. 1-5, PageID.187   Filed 07/22/22   Page 2 of 5

Allstate Insurance Company, et al. v. Southeast Michigan Surgical Hospital, LLC, et al.
Exhibit 4 - Comprehensive Neuromonitoring, LLC Chart of Patients and Treatment at Issue

| Provider | Claim Number | Patient Initials | Date of Service | CPT Code Billed | Total Billed |
|---|---|---|---|---|---|
| Comprehensive Neuromonitoring, LLC | 0366494599 | M.A. | 3/28/2016 | 95861 | $900.00 |
| Comprehensive Neuromonitoring, LLC | 0366494599 | M.A. | 3/28/2016 | 95909 | $470.00 |
| Comprehensive Neuromonitoring, LLC | 0366494599 | M.A. | 3/28/2016 | 95937 | $725.00 |
| Comprehensive Neuromonitoring, LLC | 0366494599 | M.A. | 3/28/2016 | 95940 | $2,000.00 |
| Comprehensive Neuromonitoring, LLC | 0366494599 | M.A. | 3/28/2016 | 95941 | $1,800.00 |
| Comprehensive Neuromonitoring, LLC | 0356131714 | C.A. | 10/31/2015 | 86891 | $550.00 |
| Comprehensive Neuromonitoring, LLC | 0356131714 | C.A. | 10/31/2015 | 95861 | $900.00 |
| Comprehensive Neuromonitoring, LLC | 0356131714 | C.A. | 10/31/2015 | 95938 | $950.00 |
| Comprehensive Neuromonitoring, LLC | 0356131714 | C.A. | 10/31/2015 | 95940 | $3,250.00 |
| Comprehensive Neuromonitoring, LLC | 0356131714 | C.A. | 10/31/2015 | 95941 | $2,700.00 |
| Comprehensive Neuromonitoring, LLC | 0356131714 | C.A. | 10/31/2015 | A4215 | $825.00 |
| Comprehensive Neuromonitoring, LLC | 0356131714 | C.A. | 10/31/2015 | A4556 | $800.00 |
| Comprehensive Neuromonitoring, LLC | 0356131714 | C.A. | 10/31/2015 | A4557 | $1,120.00 |
| Comprehensive Neuromonitoring, LLC | 0444971188 | S.B. | 6/16/2017 | 95861 | $900.00 |
| Comprehensive Neuromonitoring, LLC | 0444971188 | S.B. | 6/16/2017 | 95909 | $470.00 |
| Comprehensive Neuromonitoring, LLC | 0444971188 | S.B. | 6/16/2017 | 95937 | $725.00 |
| Comprehensive Neuromonitoring, LLC | 0444971188 | S.B. | 6/16/2017 | 95938 | $950.00 |
| Comprehensive Neuromonitoring, LLC | 0444971188 | S.B. | 6/16/2017 | 95940 | $8,000.00 |
| Comprehensive Neuromonitoring, LLC | 0444971188 | S.B. | 6/16/2017 | 95941 | $5,400.00 |
| Comprehensive Neuromonitoring, LLC | 0444971188 | S.B. | 8/4/2018 | 95861 | $900.00 |
| Comprehensive Neuromonitoring, LLC | 0444971188 | S.B. | 8/4/2018 | 95937 | $725.00 |
| Comprehensive Neuromonitoring, LLC | 0444971188 | S.B. | 8/4/2018 | 95938 | $950.00 |
| Comprehensive Neuromonitoring, LLC | 0444971188 | S.B. | 8/4/2018 | 95939 | $1,000.00 |
| Comprehensive Neuromonitoring, LLC | 0444971188 | S.B. | 8/4/2018 | 95940 | $7,500.00 |
| Comprehensive Neuromonitoring, LLC | 0511683922 | S.B. | 8/4/2018 | 95861 | $900.00 |
| Comprehensive Neuromonitoring, LLC | 0511683922 | S.B. | 8/4/2018 | 95937 | $725.00 |
| Comprehensive Neuromonitoring, LLC | 0511683922 | S.B. | 8/4/2018 | 95938 | $950.00 |
| Comprehensive Neuromonitoring, LLC | 0511683922 | S.B. | 8/4/2018 | 95939 | $1,000.00 |
| Comprehensive Neuromonitoring, LLC | 0511683922 | S.B. | 8/4/2018 | 95941 | $3,600.00 |
| Comprehensive Neuromonitoring, LLC | 0484341078 | J.B. | 7/10/2018 | 95861 | $900.00 |
| Comprehensive Neuromonitoring, LLC | 0484341078 | J.B. | 7/10/2018 | 95937 | $725.00 |
| Comprehensive Neuromonitoring, LLC | 0484341078 | J.B. | 7/10/2018 | 95938 | $950.00 |
| Comprehensive Neuromonitoring, LLC | 0484341078 | J.B. | 7/10/2018 | 95939 | $1,000.00 |
| Comprehensive Neuromonitoring, LLC | 0484341078 | J.B. | 7/10/2018 | 95940 | $5,250.00 |
| Comprehensive Neuromonitoring, LLC | 0484341078 | J.B. | 7/10/2018 | 95941 | $2,700.00 |
| Comprehensive Neuromonitoring, LLC | 0417877644 | W.C. | 6/25/2020 | 95861 | $900.00 |
| Comprehensive Neuromonitoring, LLC | 0417877644 | W.C. | 6/25/2020 | 95937 | $725.00 |
| Comprehensive Neuromonitoring, LLC | 0417877644 | W.C. | 6/25/2020 | 95941 | $1,800.00 |
| Comprehensive Neuromonitoring, LLC | 0573045911 | M.C. | 12/27/2019 | 95937 | $725.00 |
| Comprehensive Neuromonitoring, LLC | 0573045911 | M.C. | 12/27/2019 | 95938 | $1,900.00 |
| Comprehensive Neuromonitoring, LLC | 0573045911 | M.C. | 12/27/2019 | 95939 | $2,000.00 |
| Comprehensive Neuromonitoring, LLC | 0573045911 | M.C. | 12/27/2019 | 95940 | $3,750.00 |
| Comprehensive Neuromonitoring, LLC | 0573045911 | M.C. | 12/27/2019 | 95941 | $7,200.00 |
| Comprehensive Neuromonitoring, LLC | 0487339491 | J.C. | 1/24/2019 | 95861 | $900.00 |
| Comprehensive Neuromonitoring, LLC | 0487339491 | J.C. | 1/24/2019 | 95937 | $725.00 |
| Comprehensive Neuromonitoring, LLC | 0487339491 | J.C. | 1/24/2019 | 95938 | $1,900.00 |
| Comprehensive Neuromonitoring, LLC | 0487339491 | J.C. | 1/24/2019 | 95940 | $3,750.00 |
| Comprehensive Neuromonitoring, LLC | 0487339491 | J.C. | 1/24/2019 | 95941 | $6,300.00 |
| Comprehensive Neuromonitoring, LLC | 0444496912 | M.D. | 1/19/2018 | 95861 | $900.00 |
| Comprehensive Neuromonitoring, LLC | 0444496912 | M.D. | 1/19/2018 | 95937 | $725.00 |
| Comprehensive Neuromonitoring, LLC | 0444496912 | M.D. | 1/19/2018 | 95938 | $950.00 |
| Comprehensive Neuromonitoring, LLC | 0444496912 | M.D. | 1/19/2018 | 95939 | $1,000.00 |
| Comprehensive Neuromonitoring, LLC | 0444496912 | M.D. | 1/19/2018 | 95940 | $6,000.00 |
| Comprehensive Neuromonitoring, LLC | 0444496912 | M.D. | 1/19/2018 | 95941 | $3,600.00 |
| Comprehensive Neuromonitoring, LLC | 0543458707 | O.D. | 3/18/2021 | 95861 | $900.00 |
| Comprehensive Neuromonitoring, LLC | 0543458707 | O.D. | 3/18/2021 | 95937 | $725.00 |
| Comprehensive Neuromonitoring, LLC | 0543458707 | O.D. | 3/18/2021 | 95938 | $950.00 |
| Comprehensive Neuromonitoring, LLC | 0543458707 | O.D. | 3/18/2021 | 95941 | $1,800.00 |
| Comprehensive Neuromonitoring, LLC | 0543458707 | O.D. | 3/18/2021 | 95955 | $1,035.00 |
| Comprehensive Neuromonitoring, LLC | 0512390360 | M.F. | 8/7/2018 | 95861 | $900.00 |

Case 2:22-cv-11684-SJM-EAS   ECF No. 1-5, PageID.188   Filed 07/22/22   Page 3 of 5

Allstate Insurance Company, et al. v. Southeast Michigan Surgical Hospital, LLC, et al.
Exhibit 4 - Comprehensive Neuromonitoring, LLC Chart of Patients and Treatment at Issue

| | | | | | |
|---|---|---|---|---|---|
| Comprehensive Neuromonitoring, LLC | 0512390360 | M.F. | 8/7/2018 | 95909 | $235.00 |
| Comprehensive Neuromonitoring, LLC | 0512390360 | M.F. | 8/7/2018 | 95937 | $725.00 |
| Comprehensive Neuromonitoring, LLC | 0512390360 | M.F. | 8/7/2018 | 95941 | $1,800.00 |
| Comprehensive Neuromonitoring, LLC | 0312000896 | K.F. | 1/6/2016 | 95861 | $900.00 |
| Comprehensive Neuromonitoring, LLC | 0312000896 | K.F. | 1/6/2016 | 95937 | $725.00 |
| Comprehensive Neuromonitoring, LLC | 0312000896 | K.F. | 1/6/2016 | 95938 | $950.00 |
| Comprehensive Neuromonitoring, LLC | 0312000896 | K.F. | 1/6/2016 | 95940 | $3,000.00 |
| Comprehensive Neuromonitoring, LLC | 0312000896 | K.F. | 1/6/2016 | 95941 | $1,800.00 |
| Comprehensive Neuromonitoring, LLC | 0312000896 | K.F. | 1/6/2016 | A4215 | $525.00 |
| Comprehensive Neuromonitoring, LLC | 0312000896 | K.F. | 1/6/2016 | A4556 | $1,000.00 |
| Comprehensive Neuromonitoring, LLC | 0623557063 | E.G. | 6/7/2021 | 95860 | $170.00 |
| Comprehensive Neuromonitoring, LLC | 0623557063 | E.G. | 6/7/2021 | 95937 | $725.00 |
| Comprehensive Neuromonitoring, LLC | 0623557063 | E.G. | 6/7/2021 | 95938 | $950.00 |
| Comprehensive Neuromonitoring, LLC | 0623557063 | E.G. | 6/7/2021 | 95941 | $900.00 |
| Comprehensive Neuromonitoring, LLC | 0623557063 | E.G. | 6/7/2021 | 95955 | $1,035.00 |
| Comprehensive Neuromonitoring, LLC | 0489899110 | L.G. | 11/6/2018 | 95861 | $900.00 |
| Comprehensive Neuromonitoring, LLC | 0489899110 | L.G. | 11/6/2018 | 95937 | $725.00 |
| Comprehensive Neuromonitoring, LLC | 0489899110 | L.G. | 11/6/2018 | 95938 | $950.00 |
| Comprehensive Neuromonitoring, LLC | 0489899110 | L.G. | 11/6/2018 | 95940 | $6,250.00 |
| Comprehensive Neuromonitoring, LLC | 0489899110 | L.G. | 11/6/2018 | G0453 | $4,750.00 |
| Comprehensive Neuromonitoring, LLC | 0489899110 | L.G. | 6/18/2019 | 95870 | $500.00 |
| Comprehensive Neuromonitoring, LLC | 0489899110 | L.G. | 6/18/2019 | 95937 | $725.00 |
| Comprehensive Neuromonitoring, LLC | 0489899110 | L.G. | 6/18/2019 | 95938 | $1,900.00 |
| Comprehensive Neuromonitoring, LLC | 0489899110 | L.G. | 6/18/2019 | 95940 | $5,000.00 |
| Comprehensive Neuromonitoring, LLC | 0489899110 | L.G. | 6/18/2019 | 95941 | $9,000.00 |
| Comprehensive Neuromonitoring, LLC | 0420108169 | K.G. | 9/29/2016 | 95937 | $725.00 |
| Comprehensive Neuromonitoring, LLC | 0420108169 | K.G. | 9/29/2016 | 95938 | $950.00 |
| Comprehensive Neuromonitoring, LLC | 0420108169 | K.G. | 9/29/2016 | 95939 | $1,000.00 |
| Comprehensive Neuromonitoring, LLC | 0420108169 | K.G. | 9/29/2016 | 95940 | $3,500.00 |
| Comprehensive Neuromonitoring, LLC | 0420108169 | K.G. | 9/29/2016 | 95941 | $1,800.00 |
| Comprehensive Neuromonitoring, LLC | 0414675140 | J.G. | 6/17/2017 | 95861 | $900.00 |
| Comprehensive Neuromonitoring, LLC | 0414675140 | J.G. | 6/17/2017 | 95908 | $390.00 |
| Comprehensive Neuromonitoring, LLC | 0414675140 | J.G. | 6/17/2017 | 95937 | $725.00 |
| Comprehensive Neuromonitoring, LLC | 0414675140 | J.G. | 6/17/2017 | 95938 | $950.00 |
| Comprehensive Neuromonitoring, LLC | 0414675140 | J.G. | 6/17/2017 | 95940 | $5,250.00 |
| Comprehensive Neuromonitoring, LLC | 0414675140 | J.G. | 6/29/2017 | 95861 | $900.00 |
| Comprehensive Neuromonitoring, LLC | 0414675140 | J.G. | 6/29/2017 | 95908 | $390.00 |
| Comprehensive Neuromonitoring, LLC | 0414675140 | J.G. | 6/29/2017 | 95937 | $725.00 |
| Comprehensive Neuromonitoring, LLC | 0414675140 | J.G. | 6/29/2017 | 95938 | $950.00 |
| Comprehensive Neuromonitoring, LLC | 0414675140 | J.G. | 6/29/2017 | 95941 | $3,600.00 |
| Comprehensive Neuromonitoring, LLC | 0391117330 | T.H. | 1/11/2016 | 95938 | $1,000.00 |
| Comprehensive Neuromonitoring, LLC | 0391117330 | T.H. | 1/11/2016 | 95941 | $2,700.00 |
| Comprehensive Neuromonitoring, LLC | 0334819448 | J.H. | 11/16/2016 | 95861 | $900.00 |
| Comprehensive Neuromonitoring, LLC | 0334819448 | J.H. | 11/16/2016 | 95908 | $390.00 |
| Comprehensive Neuromonitoring, LLC | 0334819448 | J.H. | 11/16/2016 | 95937 | $725.00 |
| Comprehensive Neuromonitoring, LLC | 0334819448 | J.H. | 11/16/2016 | 95940 | $5,750.00 |
| Comprehensive Neuromonitoring, LLC | 0334819448 | J.H. | 11/16/2016 | 95941 | $4,500.00 |
| Comprehensive Neuromonitoring, LLC | 0433796777 | T.H. | 4/22/2019 | 95861 | $900.00 |
| Comprehensive Neuromonitoring, LLC | 0433796777 | T.H. | 4/22/2019 | 95937 | $725.00 |
| Comprehensive Neuromonitoring, LLC | 0433796777 | T.H. | 4/22/2019 | 95938 | $1,900.00 |
| Comprehensive Neuromonitoring, LLC | 0433796777 | T.H. | 4/22/2019 | 95940 | $6,000.00 |
| Comprehensive Neuromonitoring, LLC | 0433796777 | T.H. | 4/22/2019 | 95941 | $11,700.00 |
| Comprehensive Neuromonitoring, LLC | 0626126726 | M.H. | 5/15/2021 | 95937 | $725.00 |
| Comprehensive Neuromonitoring, LLC | 0626126726 | M.H. | 5/15/2021 | 95938 | $950.00 |
| Comprehensive Neuromonitoring, LLC | 0626126726 | M.H. | 5/15/2021 | 95939 | $1,000.00 |
| Comprehensive Neuromonitoring, LLC | 0626126726 | M.H. | 5/15/2021 | 95941 | $3,600.00 |
| Comprehensive Neuromonitoring, LLC | 0626126726 | M.H. | 5/15/2021 | 95955 | $1,035.00 |
| Comprehensive Neuromonitoring, LLC | 0621129824 | G.H. | 6/22/2021 | 95937 | $725.00 |
| Comprehensive Neuromonitoring, LLC | 0621129824 | G.H. | 6/22/2021 | 95938 | $950.00 |
| Comprehensive Neuromonitoring, LLC | 0621129824 | G.H. | 6/22/2021 | 95941 | $2,700.00 |
| Comprehensive Neuromonitoring, LLC | 0621129824 | G.H. | 6/22/2021 | 95955 | $1,035.00 |

Case 2:22-cv-11684-SJM-EAS   ECF No. 1-5, PageID.189   Filed 07/22/22   Page 4 of 5

Allstate Insurance Company, et al. v. Southeast Michigan Surgical Hospital, LLC, et al.
Exhibit 4 - Comprehensive Neuromonitoring, LLC Chart of Patients and Treatment at Issue

| | | | | | |
|---|---|---|---|---|---|
| Comprehensive Neuromonitoring, LLC | 0592093462 | M.M. | 1/4/2021 | 95861 | $900.00 |
| Comprehensive Neuromonitoring, LLC | 0592093462 | M.M. | 1/4/2021 | 95937 | $725.00 |
| Comprehensive Neuromonitoring, LLC | 0592093462 | M.M. | 1/4/2021 | 95938 | $950.00 |
| Comprehensive Neuromonitoring, LLC | 0592093462 | M.M. | 1/4/2021 | 95941 | $1,800.00 |
| Comprehensive Neuromonitoring, LLC | 0592093462 | M.M. | 1/4/2021 | 95955 | $1,035.00 |
| Comprehensive Neuromonitoring, LLC | 0518063151 | D.M. | 11/9/2018 | 95861 | $900.00 |
| Comprehensive Neuromonitoring, LLC | 0518063151 | D.M. | 11/9/2018 | 95937 | $725.00 |
| Comprehensive Neuromonitoring, LLC | 0518063151 | D.M. | 11/9/2018 | 95938 | $950.00 |
| Comprehensive Neuromonitoring, LLC | 0518063151 | D.M. | 11/9/2018 | 95939 | $1,000.00 |
| Comprehensive Neuromonitoring, LLC | 0518063151 | D.M. | 11/9/2018 | G0453 | $3,000.00 |
| Comprehensive Neuromonitoring, LLC | 0327585485 | T.P. | 9/28/2019 | 95861 | $900.00 |
| Comprehensive Neuromonitoring, LLC | 0327585485 | T.P. | 9/28/2019 | 95937 | $725.00 |
| Comprehensive Neuromonitoring, LLC | 0327585485 | T.P. | 9/28/2019 | 95938 | $1,900.00 |
| Comprehensive Neuromonitoring, LLC | 0327585485 | T.P. | 9/28/2019 | 95940 | $6,500.00 |
| Comprehensive Neuromonitoring, LLC | 0327585485 | T.P. | 9/28/2019 | 95941 | $14,400.00 |
| Comprehensive Neuromonitoring, LLC | 0390106060 | Z.P. | 6/6/2017 | 95870 | $500.00 |
| Comprehensive Neuromonitoring, LLC | 0390106060 | Z.P. | 6/6/2017 | 95937 | $725.00 |
| Comprehensive Neuromonitoring, LLC | 0390106060 | Z.P. | 6/6/2017 | 95938 | $950.00 |
| Comprehensive Neuromonitoring, LLC | 0390106060 | Z.P. | 6/6/2017 | 95940 | $6,250.00 |
| Comprehensive Neuromonitoring, LLC | 0390106060 | Z.P. | 6/6/2017 | 95941 | $3,600.00 |
| Comprehensive Neuromonitoring, LLC | 0390106060 | Z.P. | 10/6/2017 | 95861 | $900.00 |
| Comprehensive Neuromonitoring, LLC | 0390106060 | Z.P. | 10/6/2017 | 95937 | $725.00 |
| Comprehensive Neuromonitoring, LLC | 0390106060 | Z.P. | 10/6/2017 | 95938 | $950.00 |
| Comprehensive Neuromonitoring, LLC | 0390106060 | Z.P. | 10/6/2017 | 95940 | $5,000.00 |
| Comprehensive Neuromonitoring, LLC | 0390106060 | Z.P. | 10/6/2017 | 95941 | $2,700.00 |
| Comprehensive Neuromonitoring, LLC | 0623861226 | R.R. | 4/1/2021 | 95937 | $725.00 |
| Comprehensive Neuromonitoring, LLC | 0623861226 | R.R. | 4/1/2021 | 95938 | $950.00 |
| Comprehensive Neuromonitoring, LLC | 0623861226 | R.R. | 4/1/2021 | 95941 | $900.00 |
| Comprehensive Neuromonitoring, LLC | 0623861226 | R.R. | 4/1/2021 | 95955 | $1,035.00 |
| Comprehensive Neuromonitoring, LLC | 0440197984 | D.S. | 4/26/2017 | 95861 | $900.00 |
| Comprehensive Neuromonitoring, LLC | 0440197984 | D.S. | 4/26/2017 | 95937 | $725.00 |
| Comprehensive Neuromonitoring, LLC | 0440197984 | D.S. | 4/26/2017 | 95938 | $950.00 |
| Comprehensive Neuromonitoring, LLC | 0440197984 | D.S. | 4/26/2017 | 95940 | $7,500.00 |
| Comprehensive Neuromonitoring, LLC | 0440197984 | D.S. | 4/26/2017 | 95941 | $2,700.00 |
| Comprehensive Neuromonitoring, LLC | 0498774934 | J.S. | 8/20/2018 | 95861 | $900.00 |
| Comprehensive Neuromonitoring, LLC | 0498774934 | J.S. | 8/20/2018 | 95937 | $725.00 |
| Comprehensive Neuromonitoring, LLC | 0498774934 | J.S. | 8/20/2018 | 95938 | $950.00 |
| Comprehensive Neuromonitoring, LLC | 0498774934 | J.S. | 8/20/2018 | 95940 | $3,250.00 |
| Comprehensive Neuromonitoring, LLC | 0498774934 | J.S. | 8/20/2018 | 95941 | $11,700.00 |
| Comprehensive Neuromonitoring, LLC | 0538632795 | C.S. | 2/20/2020 | 95861 | $900.00 |
| Comprehensive Neuromonitoring, LLC | 0538632795 | C.S. | 2/20/2020 | 95937 | $725.00 |
| Comprehensive Neuromonitoring, LLC | 0538632795 | C.S. | 2/20/2020 | 95938 | $1,900.00 |
| Comprehensive Neuromonitoring, LLC | 0538632795 | C.S. | 2/20/2020 | 95941 | $4,500.00 |
| Comprehensive Neuromonitoring, LLC | 0538632795 | C.S. | 2/20/2020 | 95955 | $1,035.00 |
| Comprehensive Neuromonitoring, LLC | 0405596998 | T.T. | 2/16/2018 | 95938 | $950.00 |
| Comprehensive Neuromonitoring, LLC | 0405596998 | T.T. | 2/16/2018 | 95940 | $4,000.00 |
| Comprehensive Neuromonitoring, LLC | 0405596998 | T.T. | 2/16/2018 | 95941 | $1,800.00 |
| Comprehensive Neuromonitoring, LLC | 0405596998 | T.T. | 2/16/2018 | M9999 | $7,700.00 |
| Comprehensive Neuromonitoring, LLC | 0475095872 | K.V. | 1/17/2018 | 95861 | $900.00 |
| Comprehensive Neuromonitoring, LLC | 0475095872 | K.V. | 1/17/2018 | 95937 | $725.00 |
| Comprehensive Neuromonitoring, LLC | 0475095872 | K.V. | 1/17/2018 | 95938 | $950.00 |
| Comprehensive Neuromonitoring, LLC | 0475095872 | K.V. | 1/17/2018 | 95939 | $1,000.00 |
| Comprehensive Neuromonitoring, LLC | 0475095872 | K.V. | 1/17/2018 | 95940 | $7,000.00 |
| Comprehensive Neuromonitoring, LLC | 0475095872 | K.V. | 1/17/2018 | 95941 | $2,700.00 |
| Comprehensive Neuromonitoring, LLC | 0475095872 | K.V. | 3/28/2018 | 95861 | $90.00 |
| Comprehensive Neuromonitoring, LLC | 0475095872 | K.V. | 3/28/2018 | 95861 | $900.00 |
| Comprehensive Neuromonitoring, LLC | 0475095872 | K.V. | 3/28/2018 | 95937 | $725.00 |
| Comprehensive Neuromonitoring, LLC | 0475095872 | K.V. | 3/28/2018 | 95938 | $950.00 |
| Comprehensive Neuromonitoring, LLC | 0475095872 | K.V. | 3/28/2018 | 95940 | $2,500.00 |
| Comprehensive Neuromonitoring, LLC | 0475095872 | K.V. | 3/28/2018 | 95941 | $1,800.00 |
| Comprehensive Neuromonitoring, LLC | 0475095872 | K.V. | 6/25/2018 | 95861 | $900.00 |

Allstate Insurance Company, et al. v. Southeast Michigan Surgical Hospital, LLC, et al.
Exhibit 4 - Comprehensive Neuromonitoring, LLC Chart of Patients and Treatment at Issue

| | | | | | |
|---|---|---|---|---|---|
| Comprehensive Neuromonitoring, LLC | 0475095872 | K.V. | 6/25/2018 | 95909 | $235.00 |
| Comprehensive Neuromonitoring, LLC | 0475095872 | K.V. | 6/25/2018 | 95937 | $725.00 |
| Comprehensive Neuromonitoring, LLC | 0475095872 | K.V. | 6/25/2018 | 95938 | $950.00 |
| Comprehensive Neuromonitoring, LLC | 0475095872 | K.V. | 6/25/2018 | 95941 | $5,400.00 |
| Comprehensive Neuromonitoring, LLC | 0475095872 | K.V. | 10/25/2018 | 95861 | $900.00 |
| Comprehensive Neuromonitoring, LLC | 0475095872 | K.V. | 10/25/2018 | 95937 | $725.00 |
| Comprehensive Neuromonitoring, LLC | 0475095872 | K.V. | 10/25/2018 | 95938 | $950.00 |
| Comprehensive Neuromonitoring, LLC | 0475095872 | K.V. | 10/25/2018 | 95940 | $10,000.00 |
| Comprehensive Neuromonitoring, LLC | 0475095872 | K.V. | 10/25/2018 | 95941 | $4,500.00 |
| Comprehensive Neuromonitoring, LLC | 0485109516 | S.W. | 7/18/2018 | 95861 | $900.00 |
| Comprehensive Neuromonitoring, LLC | 0485109516 | S.W. | 7/18/2018 | 95937 | $725.00 |
| Comprehensive Neuromonitoring, LLC | 0485109516 | S.W. | 7/18/2018 | 95938 | $950.00 |
| Comprehensive Neuromonitoring, LLC | 0485109516 | S.W. | 7/18/2018 | 95940 | $5,250.00 |
| Comprehensive Neuromonitoring, LLC | 0485109516 | S.W. | 7/18/2018 | 95941 | $2,700.00 |