# EXHIBIT 5

Allstate Insurance Company, et al. v. Southeast Michigan Surgical Hospital, LLC, et al.
Exhibit 5

| Claim No. | Patient Initials | Date | Sent By | Provider Name | Sent Through | Sent To | Contents |
|---|---|---|---|---|---|---|---|
| 0192811339 | J.M. | 1/9/2015 | Martin Quiroga, P.C. | Martin Quiroga, D.O. | U.S. Mail | Allstate | HICF |
| 0313918708 | C.W. | 1/13/2015 | J. Alan Robertson, M.D., P.C. | J. A. Robertson, M.D. | Interstate Wires | Allstate | Medical Record |
| 0313918708 | C.W. | 1/29/2015 | J. Alan Robertson, M.D., P.C. | J. A. Robertson, M.D. | Interstate Wires | Allstate | HICF |
| 0313918708 | C.W. | 2/18/2015 | J. Alan Robertson, M.D., P.C. | J. A. Robertson, M.D. | Interstate Wires | Allstate | HICF |
| 0192811339 | T.P. | 2/24/2015 | Martin Quiroga, P.C. | Martin Quiroga, D.O. | U.S. Mail | Allstate | Medical Record |
| 0348901497 | L.S. | 2/27/2015 | Southeast Michigan Surgical Hospital, LLC | Jeffrey Wingate, M.D. | U.S. Mail | Allstate | UB-04 |
| 0192811339 | J.M. | 3/3/2015 | Martin Quiroga, P.C. | Martin Quiroga, D.O. | U.S. Mail | Allstate | Medical Record |
| 0192811339 | J.M. | 3/4/2015 | Martin Quiroga, P.C. | Martin Quiroga, D.O. | U.S. Mail | Allstate | HICF |
| 0192811339 | J.M. | 3/19/2015 | Martin Quiroga, P.C. | Martin Quiroga, D.O. | U.S. Mail | Allstate | Medical Record |
| 0350240750 | S.A. | 4/8/2015 | Southeast Michigan Surgical Hospital, LLC | Hassan Hammoud, M.D. | U.S. Mail | Allstate | Medical Record |
| 0350240750 | S.A. | 4/13/2015 | Southeast Michigan Surgical Hospital, LLC | Hassan Hammoud, M.D. | U.S. Mail | Allstate | Medical Record |
| 0348901497 | L.S. | 4/16/2015 | Southeast Michigan Surgical Hospital, LLC | Jeffrey Wingate, M.D. | U.S. Mail | Allstate | UB-04 |
| 0350240750 | S.A. | 4/21/2015 | Southeast Michigan Surgical Hospital, LLC | Hassan Hammoud, M.D. | U.S. Mail | Allstate | UB-04 |
| 0348901497 | L.S. | 6/3/2015 | Southeast Michigan Surgical Hospital, LLC | Jeffrey Wingate, M.D. | U.S. Mail | Allstate | Medical Record |
| 0288967334 | R.H. | 6/17/2015 | J. Alan Robertson, M.D., P.C. | J. A. Robertson, M.D. | Interstate Wires | Allstate | HICF |
| 0288967334 | R.H. | 7/1/2015 | J. Alan Robertson, M.D., P.C. | J. A. Robertson, M.D. | Interstate Wires | Allstate | HICF |
| 0348901497 | L.S. | 7/21/2015 | Southeast Michigan Surgical Hospital, LLC | Jeffrey Wingate, M.D. | U.S. Mail | Allstate | Medical Record |
| 0249996339 | M.S. | 8/17/2015 | J. Alan Robertson, M.D., P.C. | J. A. Robertson, M.D. | Interstate Wires | Allstate | HICF |
| 0249996339 | M.S. | 8/17/2015 | J. Alan Robertson, M.D., P.C. | J. A. Robertson, M.D. | Interstate Wires | Allstate | Medical Record |
| 0249996339 | M.S. | 8/28/2015 | J. Alan Robertson, M.D., P.C. | J. A. Robertson, M.D. | Interstate Wires | Allstate | HICF |
| 0192811339 | T.P. | 9/20/2015 | Martin Quiroga, P.C. | Angela Joseph, M.D. | U.S. Mail | Allstate | HICF |
| 0288967334 | R.H. | 10/12/2015 | J. Alan Robertson, M.D., P.C. | J. A. Robertson, M.D. | Interstate Wires | Allstate | Medical Record |
| 0358449998 | C.B. | 10/21/2015 | Southeast Michigan Surgical Hospital, LLC | Sam Hakki, M.D. | U.S. Mail | Allstate | HICF |
| 0358449998 | C.B. | 10/23/2015 | Southeast Michigan Surgical Hospital, LLC | Sam Hakki, M.D. | U.S. Mail | Allstate | HICF |
| 0358449998 | C.B. | 10/30/2015 | Southeast Michigan Surgical Hospital, LLC | Sam Hakki, M.D. | U.S. Mail | Allstate | HICF |
| 0356131714 | C.A. | 11/19/2015 | Comprehensive Neuromonitoring, LLC | Jay E. Fanelli CNIM | U.S. Mail | Allstate | HICF |
| 0356131714 | C.A. | 11/19/2015 | Comprehensive Neuromonitoring, LLC | Sidney Broder, M.D. | U.S. Mail | Allstate | HICF |
| 0192811339 | T.P. | 11/20/2015 | Martin Quiroga, P.C. | Martin Quiroga, D.O. | U.S. Mail | Allstate | HICF |
| 0192811339 | T.P. | 11/27/2015 | Martin Quiroga, P.C. | Martin Quiroga, D.O. | U.S. Mail | Allstate | HICF |
| 0192811339 | T.P. | 12/1/2015 | Martin Quiroga, P.C. | Martin Quiroga, D.O. | U.S. Mail | Allstate | HICF |
| 0387725583 | B.B. | 12/2/2015 | J. Alan Robertson, M.D., P.C. | J. A. Robertson, M.D. | Interstate Wires | Allstate | Medical Record |
| 0192811339 | T.P. | 12/2/2015 | Martin Quiroga, P.C. | Martin Quiroga, D.O. | U.S. Mail | Allstate | Medical Record |
| 0312000896 | K.F. | 1/27/2016 | Comprehensive Neuromonitoring, LLC | Jay E. Fanelli CNIM | U.S. Mail | Allstate | HICF |
| 0312000896 | K.F. | 1/27/2016 | Comprehensive Neuromonitoring, LLC | Sidney Broder, M.D. | U.S. Mail | Allstate | HICF |
| 391117330 | T.H. | 2/4/2016 | Comprehensive Neuromonitoring, LLC | Lon R. Steinberg, M.D. | U.S. Mail | Allstate | HICF |
| 0339778101 | M.G. | 2/18/2016 | Martin Quiroga, P.C. | Martin Quiroga, D.O. | U.S. Mail | Allstate | Medical Record |
| 391117330 | T.H. | 3/8/2016 | Comprehensive Neuromonitoring, LLC | Vivian Hoang, M.D. | U.S. Mail | Allstate | Medical Record |
| 0192811339 | J.M. | 3/11/2016 | Martin Quiroga, P.C. | Martin Quiroga, D.O. | U.S. Mail | Allstate | Medical Record |
| 0316578509 | B.M. | 3/16/2016 | J. Alan Robertson, M.D., P.C. | J. A. Robertson, M.D. | Interstate Wires | Allstate | HICF |
| 0192811339 | J.M. | 3/21/2016 | Martin Quiroga, P.C. | Martin Quiroga, D.O. | U.S. Mail | Allstate | HICF |
| 0312000896 | K.F. | 3/22/2016 | Comprehensive Neuromonitoring, LLC | Sidney Broder, M.D. | U.S. Mail | Allstate | Medical Record |
| 0192811339 | J.M. | 4/3/2016 | Martin Quiroga, P.C. | Martin Quiroga, D.O. | U.S. Mail | Allstate | Medical Record |
| 0192811339 | J.M. | 4/8/2016 | Martin Quiroga, P.C. | Martin Quiroga, D.O. | U.S. Mail | Allstate | HICF |
| 0192811339 | J.M. | 4/24/2016 | Martin Quiroga, P.C. | Martin Quiroga, D.O. | U.S. Mail | Allstate | Medical Record |
| 0192811339 | J.M. | 5/2/2016 | Martin Quiroga, P.C. | Martin Quiroga, D.O. | U.S. Mail | Allstate | HICF |
| 0409939344 | J.A. | 5/5/2016 | J. Alan Robertson, M.D., P.C. | J. A. Robertson, M.D. | Interstate Wires | Allstate | Medical Record |
| 0409939344 | J.A. | 5/20/2016 | J. Alan Robertson, M.D., P.C. | J. A. Robertson, M.D. | Interstate Wires | Allstate | Medical Record |
| 359582888 | A.C. | 5/23/2016 | Southeast Michigan Surgical Hospital, LLC | Hassan Hammoud, M.D. | U.S. Mail | Allstate | UB-04 |
| 0391796611 | C.C. | 6/7/2016 | Southeast Michigan Surgical Hospital, LLC | Richard Aballay, M.D. | U.S. Mail | Allstate | UB-04 |
| 0409939344 | J.A. | 6/27/2016 | J. Alan Robertson, M.D., P.C. | J. A. Robertson, M.D. | Interstate Wires | Allstate | Medical Record |
| 0207157595 | J.M. | 7/11/2016 | Martin Quiroga, P.C. | Martin Quiroga, D.O. | U.S. Mail | Allstate | HICF |
| 0339778101 | M.G. | 8/3/2016 | Martin Quiroga, P.C. | Martin Quiroga, D.O. | U.S. Mail | Allstate | Medical Record |
| 0409939344 | J.A. | 8/8/2016 | Southeast Michigan Surgical Hospital, LLC | Michael Kapsokavathis, D.O. | U.S. Mail | Allstate | Medical Record |
| 0412677551 | R.O. | 8/11/2016 | Southeast Michigan Surgical Hospital, LLC | Ariel Majjhoo, M.D. | U.S. Mail | Allstate | UB-04 |
| 0409939344 | J.A. | 8/16/2016 | Southeast Michigan Surgical Hospital, LLC | Michael Kapsokavathis, D.O. | U.S. Mail | Allstate | UB-04 |
| 0409939344 | J.A. | 8/16/2016 | Southeast Michigan Surgical Hospital, LLC | Michael Kapsokavathis, D.O. | Interstate Wires | Allstate | Medical Record |
| 0339778101 | M.G. | 8/17/2016 | Southeast Michigan Surgical Hospital, LLC | Martin Quiroga, D.O. | U.S. Mail | Allstate | UB-04 |
| 0409939344 | J.A. | 8/25/2016 | J. Alan Robertson, M.D., P.C. | J. A. Robertson, M.D. | Interstate Wires | Allstate | HICF |
| 0405436080 | H.E. | 8/26/2016 | Southeast Michigan Surgical Hospital, LLC | Sam Hakki, M.D. | U.S. Mail | Allstate | UB-04 |
| 0409939344 | J.A. | 9/16/2016 | J. Alan Robertson, M.D., P.C. | J. A. Robertson, M.D. | Interstate Wires | Allstate | HICF |
| 0339778101 | M.G. | 9/26/2016 | Southeast Michigan Surgical Hospital, LLC | Martin Quiroga, D.O. | U.S. Mail | Allstate | UB-04 |
| 0192811339 | J.M. | 10/5/2016 | Martin Quiroga, P.C. | Martin Quiroga, D.O. | U.S. Mail | Allstate | HICF |
| 420108169 | K.G. | 10/6/2016 | Comprehensive Neuromonitoring, LLC | Corryn Szewczyk, CNI | U.S. Mail | Allstate | HICF |
| 420108169 | K.G. | 10/6/2016 | Comprehensive Neuromonitoring, LLC | Cynthia Tainsh, M.D. | U.S. Mail | Allstate | HICF |
| 390106060 | Z.P. | 10/7/2016 | Southeast Michigan Surgical Hospital, LLC | Sam Hakki, M.D. | U.S. Mail | Allstate | UB-04 |
| 420108169 | K.G. | 10/11/2016 | Comprehensive Neuromonitoring, LLC | Cynthia Tainsh, M.D. | U.S. Mail | Allstate | Medical Record |
| 0409939344 | J.A. | 11/5/2016 | J. Alan Robertson, M.D., P.C. | J. A. Robertson, M.D. | Interstate Wires | Allstate | HICF |
| 0334819448 | J.H. | 11/28/2016 | Comprehensive Neuromonitoring, LLC | Jay E. Fanelli CNIM | U.S. Mail | Allstate | HICF |
| 0334819448 | J.H. | 11/28/2016 | Comprehensive Neuromonitoring, LLC | Sidney Broder, M.D. | U.S. Mail | Allstate | HICF |
| 0426104378 | E.M. | 12/6/2016 | J. Alan Robertson, M.D., P.C. | J. A. Robertson, M.D. | U.S. Mail | Allstate | Medical Record |
| 0316578509 | B.M. | 12/16/2016 | J. Alan Robertson, M.D., P.C. | J. A. Robertson, M.D. | U.S. Mail | Allstate | HICF |
| 0316578509 | B.M. | 12/22/2016 | J. Alan Robertson, M.D., P.C. | J. A. Robertson, M.D. | U.S. Mail | Allstate | Medical Record |
| 0433111176 | D.C. | 2/3/2017 | Martin Quiroga, P.C. | Martin Quiroga, D.O. | U.S. Mail | Allstate | Medical Record |
| 0433111176 | D.C. | 2/6/2017 | Martin Quiroga, P.C. | Martin Quiroga, D.O. | U.S. Mail | Allstate | HICF |

Case 2:22-cv-11684-SJM-EAS   ECF No. 1-6, PageID.193   Filed 07/22/22   Page 3 of 5

Allstate Insurance Company, et al. v. Southeast Michigan Surgical Hospital, LLC, et al.

Exhibit 5

| Claim No. | Patient Initials | Date | Sent By | Provider Name | Sent Through | Sent To | Contents |
|---|---|---|---|---|---|---|---|
| 0382888873 | C.H. | 2/13/2017 | Southeast Michigan Surgical Hospital, LLC | Thomas Nabity, M.D. | U.S. Mail | Allstate | Medical Record |
| 0387725583 | B.B. | 2/14/2017 | J. Alan Robertson, M.D., P.C. | J. A. Robertson, M.D. | Interstate Wires | Allstate | HICF |
| 0387725583 | B.B. | 2/14/2017 | J. Alan Robertson, M.D., P.C. | J. A. Robertson, M.D. | Interstate Wires | Allstate | Medical Record |
| 0433111176 | D.C. | 2/15/2017 | Martin Quiroga, P.C. | Martin Quiroga, D.O. | U.S. Mail | Allstate | HICF |
| 0382888873 | C.H. | 2/22/2017 | Southeast Michigan Surgical Hospital, LLC | Thomas Nabity, M.D. | U.S. Mail | Allstate | UB-04 |
| 0249996339 | M.S. | 2/24/2017 | Southeast Michigan Surgical Hospital, LLC | J. A. Robertson, M.D. | U.S. Mail | Allstate | UB-04 |
| 0440197984 | D.S. | 3/20/2017 | J. Alan Robertson, M.D., P.C. | J. A. Robertson, M.D. | Interstate Wires | Allstate | Medical Record |
| 0440197984 | D.S. | 3/21/2017 | J. Alan Robertson, M.D., P.C. | J. A. Robertson, M.D. | Interstate Wires | Allstate | HICF |
| 0387725583 | B.B. | 3/24/2017 | J. Alan Robertson, M.D., P.C. | J. A. Robertson, M.D. | Interstate Wires | Allstate | HICF |
| 0387725583 | B.B. | 3/24/2017 | J. Alan Robertson, M.D., P.C. | J. A. Robertson, M.D. | Interstate Wires | Allstate | Medical Record |
| 0440197984 | D.S. | 3/24/2017 | J. Alan Robertson, M.D., P.C. | J. A. Robertson, M.D. | Interstate Wires | Allstate | Medical Record |
| 0440197984 | D.S. | 4/26/2017 | Comprehensive Neuromonitoring, LLC | Jay E. Fanelli CNIM | U.S. Mail | Allstate | HICF |
| 0440197984 | D.S. | 4/26/2017 | Comprehensive Neuromonitoring, LLC | Sidney Broder, M.D. | U.S. Mail | Allstate | HICF |
| 0417961661 | M.M. | 5/2/2017 | Southeast Michigan Surgical Hospital, LLC | Sam Hakki, M.D. | U.S. Mail | Allstate | UB-04 |
| 0249996339 | M.S. | 6/2/2017 | Southeast Michigan Surgical Hospital, LLC | J. A. Robertson, M.D. | U.S. Mail | Allstate | UB-04 |
| 0390106060 | Z.P. | 6/16/2017 | Comprehensive Neuromonitoring, LLC | Sidney Broder, M.D. | U.S. Mail | Allstate | HICF |
| 0390106060 | Z.P. | 6/16/2017 | Comprehensive Neuromonitoring, LLC | Jay E. Fanelli CNIM | U.S. Mail | Allstate | HICF |
| 0417961661 | M.M. | 6/19/2017 | Southeast Michigan Surgical Hospital, LLC | Sam Hakki, M.D. | U.S. Mail | Allstate | Medical Record |
| 0414675140 | J.G. | 6/28/2017 | Comprehensive Neuromonitoring, LLC | Corryn Szewczyk, CNI | U.S. Mail | Allstate | HICF |
| 0414675140 | J.G. | 6/28/2017 | Comprehensive Neuromonitoring, LLC | Sidney Broder, M.D. | U.S. Mail | Allstate | HICF |
| 0414675140 | J.G. | 7/23/2017 | Comprehensive Neuromonitoring, LLC | Sidney Broder, M.D. | U.S. Mail | Allstate | Medical Record |
| 0414675140 | J.G. | 7/31/2017 | Comprehensive Neuromonitoring, LLC | Corryn Szewczyk, CNI | U.S. Mail | Allstate | Medical Record |
| 0405023326 | J.L. | 8/15/2017 | Southeast Michigan Surgical Hospital, LLC | Sam Hakki, M.D. | U.S. Mail | Allstate | UB-04 |
| 0249996339 | M.S. | 9/27/2017 | J. Alan Robertson, M.D., P.C. | J. A. Robertson, M.D. | Interstate Wires | Allstate | HICF |
| 0249996339 | M.S. | 10/11/2017 | J. Alan Robertson, M.D., P.C. | J. A. Robertson, M.D. | Interstate Wires | Allstate | HICF |
| 0432794501 | J.K. | 10/22/2017 | Martin Quiroga, P.C. | Martin Quiroga, D.O. | U.S. Mail | Allstate | Medical Record |
| 0249996339 | M.S. | 10/27/2017 | Southeast Michigan Surgical Hospital, LLC | J. A. Robertson, M.D. | U.S. Mail | Allstate | UB-04 |
| 0432794501 | J.K. | 11/10/2017 | Martin Quiroga, P.C. | Mayo Mitsuya, D.O. | U.S. Mail | Allstate | HICF |
| 0432794501 | J.K. | 11/10/2017 | Martin Quiroga, P.C. | Martin Quiroga, D.O. | U.S. Mail | Allstate | HICF |
| 0249996339 | M.S. | 11/13/2017 | Southeast Michigan Surgical Hospital, LLC | J. A. Robertson, M.D. | U.S. Mail | Allstate | Medical Record |
| 0390106060 | Z.P. | 11/16/2017 | Comprehensive Neuromonitoring, LLC | Jay E. Fanelli CNIM | U.S. Mail | Allstate | HICF |
| 0390106060 | Z.P. | 11/16/2017 | Comprehensive Neuromonitoring, LLC | Sidney Broder, M.D. | U.S. Mail | Allstate | HICF |
| 0422589663 | D.D. | 11/17/2017 | Martin Quiroga, P.C. | Martin Quiroga, D.O. | U.S. Mail | Allstate | HICF |
| 0422589663 | D.D. | 11/28/2017 | Martin Quiroga, P.C. | Martin Quiroga, D.O. | U.S. Mail | Allstate | Medical Record |
| 0422589663 | D.D. | 12/1/2017 | Martin Quiroga, P.C. | Martin Quiroga, D.O. | U.S. Mail | Allstate | HICF |
| 0422589663 | D.D. | 12/4/2017 | Martin Quiroga, P.C. | Martin Quiroga, D.O. | U.S. Mail | Allstate | Medical Record |
| 0249996339 | M.S. | 12/6/2017 | J. Alan Robertson, M.D., P.C. | J. A. Robertson, M.D. | Interstate Wires | Allstate | HICF |
| 0249996339 | M.S. | 12/6/2017 | Southeast Michigan Surgical Hospital, LLC | J. A. Robertson, M.D. | Interstate Wires | Allstate | Medical Record |
| 0249996339 | M.S. | 1/8/2018 | J. Alan Robertson, M.D., P.C. | J. A. Robertson, M.D. | Interstate Wires | Allstate | HICF |
| 0444496912 | M.D. | 1/19/2018 | Comprehensive Neuromonitoring, LLC | Sidney Broder, M.D. | U.S. Mail | Allstate | Medical Record |
| 0405596998 | T.T. | 1/24/2018 | Southeast Michigan Surgical Hospital, LLC | Michael Kapsokavathis, D.O. | U.S. Mail | Allstate | UB-04 |
| 0444496912 | M.D. | 2/12/2018 | Comprehensive Neuromonitoring, LLC | Sidney Broder, M.D. | U.S. Mail | Allstate | HICF |
| 0444496912 | M.D. | 2/12/2018 | Comprehensive Neuromonitoring, LLC | James A. Watt, Jr., CNIM | U.S. Mail | Allstate | HICF |
| 0444496912 | M.D. | 2/18/2018 | Comprehensive Neuromonitoring, LLC | Sidney Broder, M.D. | U.S. Mail | Allstate | Medical Record |
| 0475095872 | K.V. | 2/18/2018 | Comprehensive Neuromonitoring, LLC | Sidney Broder, M.D. | U.S. Mail | Allstate | Medical Record |
| 0405596998 | T.T. | 3/1/2018 | Comprehensive Neuromonitoring, LLC | Corryn Szewczyk, CNI | U.S. Mail | Allstate | HICF |
| 0405596998 | T.T. | 3/1/2018 | Comprehensive Neuromonitoring, LLC | Sidney Broder, M.D. | U.S. Mail | Allstate | HICF |
| 0484197909 | M.L. | 3/21/2018 | Martin Quiroga, P.C. | Martin Quiroga, D.O. | U.S. Mail | Allstate | HICF |
| 0403384084 | A.R. | 3/21/2018 | Southeast Michigan Surgical Hospital, LLC | J. A. Robertson, M.D. | U.S. Mail | Allstate | Medical Record |
| 0436257570 | D.H. | 3/27/2018 | Southeast Michigan Surgical Hospital, LLC | Sam Hakki, M.D. | U.S. Mail | Allstate | Medical Record |
| 0403384084 | A.R. | 4/2/2018 | J. Alan Robertson, M.D., P.C. | J. A. Robertson, M.D. | Interstate Wires | Allstate | Medical Record |
| 0249996339 | M.S. | 4/3/2018 | J. Alan Robertson, M.D., P.C. | J. A. Robertson, M.D. | Interstate Wires | Allstate | HICF |
| 0436257570 | D.H. | 4/3/2018 | Southeast Michigan Surgical Hospital, LLC | Sam Hakki, M.D. | U.S. Mail | Allstate | UB-04 |
| 0475095872 | K.V. | 4/4/2018 | Comprehensive Neuromonitoring, LLC | Sidney Broder, M.D. | U.S. Mail | Allstate | HICF |
| 0403384084 | A.R. | 4/4/2018 | Southeast Michigan Surgical Hospital, LLC | J. A. Robertson, M.D. | Interstate Wires | Allstate | Medical Record |
| 0475095872 | K.V. | 4/14/2018 | Comprehensive Neuromonitoring, LLC | Sidney Broder, M.D. | U.S. Mail | Allstate | Medical Record |
| 0403384084 | A.R. | 4/18/2018 | J. Alan Robertson, M.D., P.C. | J. A. Robertson, M.D. | Interstate Wires | Allstate | Medical Record |
| 0480151323 | U.R. | 4/24/2018 | Martin Quiroga, P.C. | Mayo Mitsuya, D.O. | U.S. Mail | Allstate | HICF |
| 0480151323 | U.R. | 4/25/2018 | Martin Quiroga, P.C. | Mayo Mitsuya, D.O. | U.S. Mail | Allstate | Medical Record |
| 0249996339 | M.S. | 5/1/2018 | J. Alan Robertson, M.D., P.C. | J. A. Robertson, M.D. | Interstate Wires | Allstate | Medical Record |
| 0484197909 | M.L. | 5/11/2018 | Martin Quiroga, P.C. | Mayo Mitsuya, D.O. | U.S. Mail | Allstate | HICF |
| 0484197909 | M.L. | 5/18/2018 | Martin Quiroga, P.C. | Mayo Mitsuya, D.O. | U.S. Mail | Allstate | Medical Record |
| 0403384084 | A.R. | 5/18/2018 | Southeast Michigan Surgical Hospital, LLC | J. A. Robertson, M.D. | U.S. Mail | Allstate | Medical Record |
| 0403384084 | A.R. | 5/22/2018 | J. Alan Robertson, M.D., P.C. | J. A. Robertson, M.D. | Interstate Wires | Allstate | Medical Record |
| 0403384084 | A.R. | 5/24/2018 | J. Alan Robertson, M.D., P.C. | J. A. Robertson, M.D. | Interstate Wires | Allstate | HICF |
| 0403384084 | A.R. | 5/24/2018 | Southeast Michigan Surgical Hospital, LLC | J. A. Robertson, M.D. | Interstate Wires | Allstate | Medical Record |
| 0403384084 | A.R. | 6/6/2018 | J. Alan Robertson, M.D., P.C. | J. A. Robertson, M.D. | Interstate Wires | Allstate | Medical Record |
| 0403384084 | A.R. | 6/6/2018 | J. Alan Robertson, M.D., P.C. | J. A. Robertson, M.D. | Interstate Wires | Allstate | HICF |
| 0436257570 | D.H. | 6/19/2018 | Southeast Michigan Surgical Hospital, LLC | Khaled Saleh, M.D. | U.S. Mail | Allstate | UB-04 |
| 0480151323 | U.R. | 7/1/2018 | Martin Quiroga, P.C. | Mayo Mitsuya, D.O. | U.S. Mail | Allstate | HICF |
| 0480151323 | U.R. | 7/3/2018 | Martin Quiroga, P.C. | Mayo Mitsuya, D.O. | U.S. Mail | Allstate | Medical Record |
| 0475095872 | K.V. | 7/10/2018 | Comprehensive Neuromonitoring, No. LLC | Sidney Broder, M.D. | U.S. Mail | Allstate | Medical Record |
| 0405596998 | T.T. | 7/16/2018 | J. Alan Robertson, M.D., P.C. | J. A. Robertson, M.D. | Interstate Wires | Allstate | HICF |
| 0405596998 | T.T. | 8/14/2018 | Southeast Michigan Surgical Hospital, LLC | Michael Kapsokavathis, D.O. | U.S. Mail | Allstate | UB-04 |

Case 2:22-cv-11684-SJM-EAS   ECF No. 1-6, PageID.194   Filed 07/22/22   Page 4 of 5

Allstate Insurance Company, et al. v. Southeast Michigan Surgical Hospital, LLC, et al.

Exhibit 5

| Claim No. | Patient Initials | Date | Sent By | Provider Name | Sent Through | Sent To | Contents |
|---|---|---|---|---|---|---|---|
| 0507789220 | G.G. | 8/28/2018 | Martin Quiroga, P.C. | Mayo Mitsuya, D.O. | U.S. Mail | Allstate | Medical Record |
| 0507789220 | G.G. | 10/23/2018 | Martin Quiroga, P.C. | Mayo Mitsuya, D.O. | U.S. Mail | Allstate | HICF |
| 0507789220 | G.G. | 11/29/2018 | Martin Quiroga, P.C. | Mayo Mitsuya, D.O. | U.S. Mail | Allstate | HICF |
| 0405023326 | J.L. | 12/23/2018 | Southeast Michigan Surgical Hospital, LLC | Shahid Kahn, D.C. | U.S. Mail | Allstate | UB-04 |
| 0487339491 | J.C. | 1/24/2019 | Comprehensive Neuromonitoring, LLC | Greg Shaublin, M.D. | U.S. Mail | Allstate | Medical Record |
| 0487339491 | J.C. | 1/30/2019 | Comprehensive Neuromonitoring, LLC | Jay E. Fanelli CNIM | U.S. Mail | Allstate | HICF |
| 0487339491 | J.C. | 1/30/2019 | Comprehensive Neuromonitoring, LLC | Greg Shaublin, M.D. | U.S. Mail | Allstate | HICF |
| 0486448020 | T.H. | 1/30/2019 | Southeast Michigan Surgical Hospital, LLC | Martin Quiroga, D.O. | Interstate Wires | Allstate | UB-04 |
| 0487339491 | J.C. | 2/5/2019 | Comprehensive Neuromonitoring, LLC | Greg Shaublin, M.D. | U.S. Mail | Allstate | Medical Record |
| 0405596998 | T.T. | 2/27/2019 | J. Alan Robertson, M.D., P.C. | J. A. Robertson, M.D. | Interstate Wires | Allstate | HICF |
| 0486448020 | T.H. | 3/26/2019 | Southeast Michigan Surgical Hospital, LLC | Martin Quiroga, D.O. | Interstate Wires | Allstate | UB-04 |
| 0486448020 | T.H. | 3/29/2019 | Martin Quiroga, P.C. | Martin Quiroga, D.O. | U.S. Mail | Allstate | UB-04 |
| 0474540028 | R.H. | 4/2/2019 | Southeast Michigan Surgical Hospital, LLC | Sam Hakki, M.D. | U.S. Mail | Allstate | UB-04 |
| 0474540028 | R.H. | 4/2/2019 | Southeast Michigan Surgical Hospital, LLC | Sam Hakki, M.D. | U.S. Mail | Allstate | HICF |
| 0474540028 | R.H. | 4/9/2019 | Southeast Michigan Surgical Hospital, LLC | Sam Hakki, M.D. | U.S. Mail | Allstate | UB-04 |
| 0248211773 | W.R. | 4/10/2019 | J. Alan Robertson, M.D., P.C. | J. A. Robertson, M.D. | Interstate Wires | Allstate | HICF |
| 0248211773 | W.R. | 4/10/2019 | J. Alan Robertson, M.D., P.C. | J. A. Robertson, M.D. | Interstate Wires | Allstate | Medical Record |
| 0433796777 | T.H. | 4/16/2019 | Southeast Michigan Surgical Hospital, LLC | Jeffrey Wingate, M.D. | U.S. Mail | Allstate | Medical Record |
| 0433796777 | T.H. | 4/22/2019 | Southeast Michigan Surgical Hospital, LLC | Jeffrey Wingate, M.D. | U.S. Mail | Allstate | Medical Record |
| 0433796777 | T.H. | 4/26/2019 | Comprehensive Neuromonitoring, LLC | Sidney Broder, M.D. | U.S. Mail | Allstate | Medical Record |
| 0433796777 | T.H. | 5/2/2019 | Southeast Michigan Surgical Hospital, LLC | Jeffrey Wingate, M.D. | Interstate Wires | Allstate | Medical Record |
| 0433796777 | T.H. | 5/3/2019 | Comprehensive Neuromonitoring, LLC | Sidney Broder, M.D. | U.S. Mail | Allstate | HICF |
| 0433796777 | T.H. | 5/3/2019 | Comprehensive Neuromonitoring, LLC | Billie Jo Patrick | U.S. Mail | Allstate | HICF |
| 0433796777 | T.H. | 5/10/2019 | Southeast Michigan Surgical Hospital, LLC | Jeffrey Wingate, M.D. | Interstate Wires | Allstate | Medical Record |
| 0506962075 | E.M. | 6/19/2019 | J. Alan Robertson, M.D., P.C. | J. A. Robertson, M.D. | Interstate Wires | Allstate | HICF |
| 0506962075 | E.M. | 6/19/2019 | J. Alan Robertson, M.D., P.C. | J. A. Robertson, M.D. | U.S. Mail | Allstate | Medical Record |
| 0506962075 | E.M. | 6/21/2019 | J. Alan Robertson, M.D., P.C. | J. A. Robertson, M.D. | U.S. Mail | Allstate | HICF |
| 0489899110 | L.G. | 6/23/2019 | Comprehensive Neuromonitoring, LLC | Sidney Broder, M.D. | U.S. Mail | Allstate | Medical Record |
| 0489899110 | L.G. | 6/28/2019 | Comprehensive Neuromonitoring, LLC | Sidney Broder, M.D. | U.S. Mail | Allstate | HICF |
| 0489899110 | L.G. | 6/28/2019 | Comprehensive Neuromonitoring, LLC | Jay E. Fanelli CNIM | U.S. Mail | Allstate | HICF |
| 0486448020 | T.H. | 6/30/2019 | Martin Quiroga, P.C. | Martin Quiroga, D.O. | U.S. Mail | Allstate | HICF |
| 0486448020 | T.H. | 7/3/2019 | Southeast Michigan Surgical Hospital, LLC | Mayo Mitsuya, D.O. | Interstate Wires | Allstate | UB-04 |
| 0486448020 | T.H. | 7/24/2019 | Martin Quiroga, P.C. | Martin Quiroga, D.O. | U.S. Mail | Allstate | HICF |
| 0486448020 | T.H. | 7/24/2019 | Martin Quiroga, P.C. | Mayo Mitsuya, D.O. | U.S. Mail | Allstate | HICF |
| 0248211773 | W.R. | 8/9/2019 | J. Alan Robertson, M.D., P.C. | J. A. Robertson, M.D. | Interstate Wires | Allstate | HICF |
| 0518847926 | C.D. | 10/2/2019 | J. Alan Robertson, M.D., P.C. | J. A. Robertson, M.D. | Interstate Wires | Allstate | Medical Record |
| 0516559929 | M.M. | 10/24/2019 | Martin Quiroga, P.C. | Mayo Mitsuya, D.O. | U.S. Mail | Allstate | HICF |
| 0516559929 | M.M. | 10/24/2019 | Martin Quiroga, P.C. | Mayo Mitsuya, D.O. | U.S. Mail | Allstate | Medical Record |
| 0516559929 | M.M. | 11/12/2019 | Martin Quiroga, P.C. | Mayo Mitsuya, D.O. | U.S. Mail | Allstate | HICF |
| 0516559929 | M.M. | 11/13/2019 | Martin Quiroga, P.C. | Mayo Mitsuya, D.O. | U.S. Mail | Allstate | Medical Record |
| 0518847926 | C.D. | 11/19/2019 | J. Alan Robertson, M.D., P.C. | J. A. Robertson, M.D. | U.S. Mail | Allstate | Medical Record |
| 0486448020 | T.H. | 11/22/2019 | Martin Quiroga, P.C. | Martin Quiroga, D.O. | U.S. Mail | Allstate | Medical Record |
| 0486448020 | T.H. | 12/11/2019 | Martin Quiroga, P.C. | Martin Quiroga, D.O. | U.S. Mail | Allstate | Medical Record |
| 0518847926 | C.D. | 12/13/2019 | J. Alan Robertson, M.D., P.C. | J. A. Robertson, M.D. | Interstate Wires | Allstate | HICF |
| 555504448 | M.C. | 1/20/2020 | Southeast Michigan Surgical Hospital, LLC | Siva Sripada, D.O. | Interstate Wires | Allstate | UB-04 |
| 0523900249 | R.S. | 2/6/2020 | Southeast Michigan Surgical Hospital, LLC | Siva Sripada, D.O. | Interstate Wires | Allstate | Medical Record |
| 0422589663 | D.D. | 3/9/2020 | Martin Quiroga, P.C. | Martin Quiroga, D.O. | U.S. Mail | Allstate | HICF |
| 0422589663 | D.D. | 3/9/2020 | Martin Quiroga, P.C. | Martin Quiroga, D.O. | U.S. Mail | Allstate | HICF |
| 0422589663 | D.D. | 3/22/2020 | Martin Quiroga, P.C. | Martin Quiroga, D.O. | U.S. Mail | Allstate | HICF |
| 0486448020 | T.H. | 4/3/2020 | Martin Quiroga, P.C. | Martin Quiroga, D.O. | U.S. Mail | Allstate | Medical Record |
| 0422589663 | D.D. | 4/14/2020 | Martin Quiroga, P.C. | Martin Quiroga, D.O. | U.S. Mail | Allstate | Medical Record |
| 0422589663 | D.D. | 4/23/2020 | Martin Quiroga, P.C. | Martin Quiroga, D.O. | U.S. Mail | Allstate | HICF |
| 0422589663 | D.D. | 5/12/2020 | Martin Quiroga, P.C. | Martin Quiroga, D.O. | U.S. Mail | Allstate | Medical Record |
| 0422589663 | D.D. | 5/22/2020 | Martin Quiroga, P.C. | Martin Quiroga, D.O. | U.S. Mail | Allstate | HICF |
| 0523900249 | R.S. | 5/28/2020 | Southeast Michigan Surgical Hospital, LLC | Siva Sripada, D.O. | Interstate Wires | Allstate | UB-04 |
| 0518847926 | C.D. | 6/22/2020 | J. Alan Robertson, M.D., P.C. | J. A. Robertson, M.D. | U.S. Mail | Allstate | Medical Record |
| 0552123788 | V.D. | 7/1/2020 | Southeast Michigan Surgical Hospital, LLC | Siva Sripada, D.O. | U.S. Mail | Allstate | Medical Record |
| 0518847926 | C.D. | 7/2/2020 | J. Alan Robertson, M.D., P.C. | J. A. Robertson, M.D. | Interstate Wires | Allstate | HICF |
| 0486448020 | T.H. | 7/14/2020 | Martin Quiroga, P.C. | Martin Quiroga, D.O. | U.S. Mail | Allstate | Medical Record |
| 0248211773 | W.R. | 7/17/2020 | J. Alan Robertson, M.D., P.C. | J. A. Robertson, M.D. | Interstate Wires | Allstate | HICF |
| 0552123788 | V.D. | 8/4/2020 | Southeast Michigan Surgical Hospital, LLC | Siva Sripada, D.O. | Interstate Wires | Allstate | UB-04 |
| 555504448 | M.C. | 8/5/2020 | Southeast Michigan Surgical Hospital, LLC | Siva Sripada, D.O. | Interstate Wires | Allstate | UB-04 |
| 0486448020 | T.H. | 8/11/2020 | Martin Quiroga, P.C. | Martin Quiroga, D.O. | U.S. Mail | Allstate | Medical Record |
| 0523900249 | R.S. | 8/26/2020 | Southeast Michigan Surgical Hospital, LLC | Siva Sripada, D.O. | Interstate Wires | Allstate | UB-04 |
| 0552123788 | V.D. | 9/2/2020 | Southeast Michigan Surgical Hospital, LLC | Siva Sripada, D.O. | Interstate Wires | Allstate | UB-04 |
| 0552123788 | V.D. | 9/2/2020 | Southeast Michigan Surgical Hospital, LLC | Siva Sripada, D.O. | Interstate Wires | Allstate | Medical Record |
| 0518847926 | C.D. | 9/15/2020 | J. Alan Robertson, M.D., P.C. | J. A. Robertson, M.D. | U.S. Mail | Allstate | Medical Record |
| 0412527301 | D.R. | 9/23/2020 | J. Alan Robertson, M.D., P.C. | J. A. Robertson, M.D. | Interstate Wires | Allstate | HICF |
| 0518847926 | C.D. | 9/24/2020 | J. Alan Robertson, M.D., P.C. | J. A. Robertson, M.D. | Interstate Wires | Allstate | HICF |
| 0412527301 | D.R. | 9/24/2020 | J. Alan Robertson, M.D., P.C. | J. A. Robertson, M.D. | Interstate Wires | Allstate | HICF |
| 0412527301 | D.R. | 9/24/2020 | J. Alan Robertson, M.D., P.C. | J. A. Robertson, M.D. | Interstate Wires | Allstate | Medical Record |
| 0587222950 | L.H. | 9/25/2020 | Comprehensive Neuromonitoring, LLC | Sidney Broder, M.D. | U.S. Mail | Allstate | Medical Record |
| 0248211773 | W.R. | 9/25/2020 | J. Alan Robertson, M.D., P.C. | J. A. Robertson, M.D. | Interstate Wires | Allstate | HICF |
| 0248211773 | W.R. | 9/25/2020 | J. Alan Robertson, M.D., P.C. | J. A. Robertson, M.D. | Interstate Wires | Allstate | Medical Record |

Allstate Insurance Company, et al. v. Southeast Michigan Surgical Hospital, LLC, et al.
Exhibit 5

| Claim No. | Patient Initials | Date | Sent By | Provider Name | Sent Through | Sent To | Contents |
|---|---|---|---|---|---|---|---|
| 0587222950 | L.H. | 10/7/2020 | Comprehensive Neuromonitoring, LLC | Sidney Broder, M.D. | U.S. Mail | Allstate | HICF |
| 0555504448 | M.C. | 10/12/2020 | Southeast Michigan Surgical Hospital, LLC | Siva Sripada, D.O. | U.S. Mail | Allstate | Medical Record |
| 0592093462 | M.M. | 1/26/2021 | Comprehensive Neuromonitoring, LLC | Sidney Broder, M.D. | U.S. Mail | Allstate | HICF |
| 0592093462 | M.M. | 2/10/2021 | Comprehensive Neuromonitoring, LLC | Sidney Broder, M.D. | U.S. Mail | Allstate | Medical Record |
| 0576662043 | S.W. | 2/25/2021 | Martin Quiroga, P.C. | Martin Quiroga, D.O. | Interstate Wires | Allstate | Medical Record |
| 0576662043 | S.W. | 2/25/2021 | Southeast Michigan Surgical Hospital, LLC | Ayman Tarabishy, M.D. | Interstate Wires | Allstate | UB-04 |
| 0576662043 | S.W. | 2/25/2021 | Southeast Michigan Surgical Hospital, LLC | Ayman Tarabishy, M.D. | Interstate Wires | Allstate | Medical Record |
| 0576662043 | S.W. | 3/12/2021 | Southeast Michigan Surgical Hospital, LLC | Richardo Borrego, M.D. | U.S. Mail | Allstate | Medical Record |
| 0576662043 | S.W. | 3/13/2021 | Southeast Michigan Surgical Hospital, LLC | Richardo Borrego, M.D. | U.S. Mail | Allstate | HICF |
| 0576662043 | S.W. | 3/16/2021 | Southeast Michigan Surgical Hospital, LLC | Richardo Borrego, M.D. | U.S. Mail | Allstate | Medical Record |
| 0537122301 | S.S. | 5/4/2021 | Southeast Michigan Surgical Hospital, LLC | David Poulad, M.D. | U.S. Mail | Allstate | Medical Record |
| 0537122301 | S.S. | 5/4/2021 | Southeast Michigan Surgical Hospital, LLC | David Poulad, M.D. | U.S. Mail | Allstate | UB-04 |
| 0576662043 | S.W. | 5/6/2021 | Martin Quiroga, P.C. | Martin Quiroga, D.O. | U.S. Mail | Allstate | Medical Record |
| 0496796615 | B.M. | 5/25/2021 | Southeast Michigan Surgical Hospital, LLC | Siva Sripada, D.O. | U.S. Mail | Allstate | UB-04 |
| 0496796615 | B.M. | 6/26/2021 | Southeast Michigan Surgical Hospital, LLC | Siva Sripada, D.O. | U.S. Mail | Allstate | UB-04 |
| 0496796615 | B.M. | 8/28/2021 | Southeast Michigan Surgical Hospital, LLC | Siva Sripada, D.O. | U.S. Mail | Allstate | UB-04 |
| 0614451417 | L.W. | 9/10/2021 | Southeast Michigan Surgical Hospital, LLC | Ayman Tarabishy, M.D. | U.S. Mail | Allstate | Medical Record |
| 0614451417 | L.W. | 9/30/2021 | Southeast Michigan Surgical Hospital, LLC | Ayman Tarabishy, M.D. | U.S. Mail | Allstate | UB-04 |
| 0478626344 | M.D. | 11/16/2021 | Southeast Michigan Surgical Hospital, LLC | Ashim Wadehra, D.P.M. | U.S. Mail | Allstate | UB-04 |
| 0599301140 | D.M. | 3/18/2022 | Southeast Michigan Surgical Hospital, LLC | Michael Kapsokavathis, D.O. | U.S. Mail | Allstate | UB-04 |
| 0599301140 | D.M. | 4/4/2022 | Southeast Michigan Surgical Hospital, LLC | Michael Kapsokavathis, D.O. | U.S. Mail | Allstate | Medical Record |