# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Allstate Insurance Company;
Allstate Fire and Casualty Insurance
Company; and Allstate Property and
Casualty Insurance Company,

   Plaintiffs,

v.

Southeast Michigan
Surgical Hospital, LLC, et al.,

   Defendants.

Case No.: 2:22-cv-11684
District Judge: Stephen J. Murphy, III
Magistrate Judge: Elizabeth A. Stafford

---

KING, TILDEN, MCETTRICK & BRINK
Nathan A. Tilden (P76969)
Andrew H. DeNinno
William G. Potter
*Attorneys for Plaintiffs*
38777 Six Mile Rd., Ste. 314
Livonia, MI 48152
(734) 521-9000
ntilden@ktmpc.com
adeninno@ktmpc.com
wpotter@ktmpc.com

HALL, RENDER, KILLIAN, HEATH &
LYMAN, P.C.
Mark R. Adams (P47065)
Jessica N. Biondo (P85356)
David B. Honig (IN: 22247-49)
*Attorneys for Defendant
Comprehensive Neuromonitoring, LLC*
101 W. Big Beaver Rd., Ste. 745
Troy, MI 48084
(248) 519-3093
madams@hallrender.com

CHAPMAN LAW GROUP
Ronald W. Chapman, Sr., M.P.A.
LL.M. (P37603)
John C. Cardello (P85082)
*Attorneys for Defendant Southeast
Michigan Surgical Hospital, LLC*
1441 W. Long Lake Rd., Ste. 310
Troy, MI 48098
(248) 644-6326
rchapman@chapmanlawgroup.com
jcardello@chapmanlawgroup.com

ATNIP & ASSOCIATES, PLLC
Heather J. Atnip (P69613)
Anna E. Wright (P72611)
*Attorneys for Defendant Martin
Quiroga, D.O. and Martin Quiroga,
P.C.*
400 Water St., Ste. 205
Rochester, MI 48307
(248) 599-1607
heather@atniplawyers.com
anna@atniplawyers.com

jbiondo@hallrender.com
dhonig@hallrender.com

---

## DEFENDANT SOUTHEAST MICHIGAN SURGICAL HOSPITAL, LLC'S ANSWER TO PLAINTIFF'S COMPLAINT [ECF NO. 1]

NOW COMES Defendant Southeast Michigan Surgical Hospital, LLC ("Defendant SMSH"), by and its attorneys, CHAPMAN LAW GROUP, and for its Answer to Plaintiff's Complaint, states as follows:

## I. INTRODUCTION

1. Defendant denies for the reasons that the allegation is not true, leaving Plaintiffs to their proofs.

2. Defendant denies for the reasons that the allegation is not true, leaving Plaintiffs to their proofs.

3. Defendant denies for the reasons that the allegation is not true, leaving Plaintiffs to their proofs.

4. Defendant admits this is what the Complaint alleges.

5. Defendant denies for the reasons that the allegation is not true, leaving Plaintiffs to their proofs.

## II. THE PARTIES

### A. PLAINTIFFS

6.  Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

7.  Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

8.  Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

**B. DEFENDANTS**

**1. Southeast Michigan Surgical Hospital, LLC**

9.  Defendant admits.

10. Defendant admits.

11. Defendant admits.

12. Defendant admits.

13. Defendant admits.

14. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

15. Defendant admits.

16. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

**2. J. Alan Robertson, M.D., P.C.**

17. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

18. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

19. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

20. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

### 3.  Martin Quiroga, P.C.

21. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

22. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

23. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

24. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

25. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

### 4.  Comprehensive Neuromonitoring, LLC

4

26. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

27. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

28. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

29. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

30. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

### 5.  J. Alan Robertson, M.D.

31. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

32. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

### 6.  Martin Quiroga, D.O.

33. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

34. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

### 7. **Sidney Broder, M.D.**

35. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

36. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

## III.   JURISDICTION AND VENUE

37. Defendant admits to the extent that this is a correct statement of the law.

38. Defendant admits to the extent that Plaintiffs have alleged an amount in controversy that exceeds $75,000.   Defendant denies the remainder of the paragraph for the reason that the allegations are untrue, leaving Plaintiffs to their proofs.

39. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

40. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

## IV.   BACKGROUND ON THE DEFENDANTS AND THEIR SCHEME

41. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

42. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

43. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

44. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

45. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

46. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

47. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

48. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

49. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

50. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

51. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

52. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

53. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

54. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

55. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

56. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

57. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

58. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

59. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

60. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

61. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

62. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

63. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

64. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

65. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

66. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

67. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

68. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

69. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

70. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

71. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

72. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

73. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

74. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

75. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

76. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

77. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

78. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

79. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

80. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

81. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

82. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

83. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

84. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

85. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

86. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

87. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

88. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

## V. <u>BILLING FOR SERVICES NOT RENDERED</u>

89. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

90. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

91. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

92. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

### A. BILLING FOR SERVICES NOT RENDERED BY SE MI HOSPITAL

93. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

94. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

95. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

96. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

97. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

98. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

99. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

100. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

101.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

102.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

103.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

104.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

105.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

**B.** **BILLING FOR SERVICES NOT RENDERED BY PHYSICIANS**

106.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

107.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

108.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

109.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

110.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

111.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

112.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

113.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

114.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

115.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

116.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

117.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

## C. BILLING FOR SERVICES NOT RENDERED BY COMPREHENSIVE NEUROMONITORING

118.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

119.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

120.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

121.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

122.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

123.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

124.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

125.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

126.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

127.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

128.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

129.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

130.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

131.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

132.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

133.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

134.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

135.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

136.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

137.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

138.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

139.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

140.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

### D. SPECIFIC EXAMPLES OF BILLING FOR SERVICES NOT RENDERED

141.   Defendant denies for the reason that the allegation, including Subparagraphs a – l, is not true, leaving Plaintiffs to their proofs.

142.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

## VI.   MULTIPLE BILLING FOR IDENTICAL SERVICES

143.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

### A. MULTIPLE BILLING FOR PROCEDURES

#### 1. Multiple Billing by SE MI Hospital

144.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

145.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

146.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

147.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

148.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

149.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

150.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

151.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

152.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

153.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

154.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

155.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

156.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

157.  Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

158.  Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

159.  Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

160.  Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

161.  Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

162.  Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

163.  Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

164.  Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

## 2. **Multiple Billing by Physicians**

165.  Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

166.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

167.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

168.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

169.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

170.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

171.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

172.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

173.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

174.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

175.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

176.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

177.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

178.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

179.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

180.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

181.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

182.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

183.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

184.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

185.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

186.    Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

187.    Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

### 3.  Multiple Billing for IONM

188.    Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

189.    Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

190.    Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

191.    Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

192.    Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

193.    Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

194.    Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

### B.  SPECIFIC EXAMPLES OF MULTIPLE BILLING

195. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

    a. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

    b. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

    c. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

    d. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

    e. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

## VII. UNREASONABLE AND UNNECESSARY FRAUDULENT TREATMENT

196. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

197. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

198. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

199. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

200. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

201. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

202. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

203. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

**A. MEDICALLY UNNECESSARY SURGERIES**

204. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

205. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

206. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

207. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

208. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

209. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

210. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

211. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

212. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

213. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

214. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

215. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

216. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

217. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

218.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

219.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

220.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

221.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

222.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

223.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

224.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

225.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

### 1. <u>Medically Unnecessary MUA</u>

226.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

227.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

228.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

229.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

230.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

231.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

232.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

233.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

234.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

235.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

236.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

237. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

238. Defendant denies for the reason that the allegation, including Subsections a – c, is not true, leaving Plaintiffs to their proofs.

### 2. **Medically Unnecessary IONM**

239. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

240. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

241. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

242. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

243. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

244. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

245. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

246.  Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

247.  Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

248.  Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

249.  Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

250.  Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

251.  Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

252.  Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

253.  Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

254.  Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

255.  Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

256. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

257. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

### 3. **Unnecessary Use of Assistant Surgeons**

258. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

259. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

260. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

261. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

262. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

263. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

264. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

265. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

266. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

267. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

268. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

269. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

270. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

271. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

272. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

273. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

274. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

275.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

276.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

277.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

278.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

**B. MEDICALLY UNNECESSARY INJECTIONS**

279.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

280.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

281.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

282.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

283.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

284.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

285.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

286.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

287.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

288.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

289.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

290.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

291.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

292.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

293.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

294.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

295.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

296.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

297.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

298.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

299.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

300.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

301.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

302.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

303.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

304.  Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

305.  Defendant denies for the reason that the allegations are not true, leaving Plaintiffs to their proofs. As to Subparagraphs a through b, Defendant is without sufficient information to formulate a response.

## VIII.  <u>FRAUDULENT BILLING</u>

306.  The allegation calls for a legal conclusion for which no answer is required. If an answer is required, Defendant denies the same.

307.  Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

308.  Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

309.  Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

310.  Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

311.  Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

### A. <u>FRAUDULENT FACILITY FEE BILLING</u>

312.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

313.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

314.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

315.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

316.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

317.   The allegation calls for a legal conclusion for which no answer is required. If an answer is required, Defendant denies the same.

318.   The allegation calls for a legal conclusion for which no answer is required. If an answer is required, Defendant denies the same.

319.   The allegation calls for a legal conclusion for which no answer is required. If an answer is required, Defendant denies the same.

320.   The allegation calls for a legal conclusion for which no answer is required. If an answer is required, Defendant denies the same.

321.   The allegation calls for a legal conclusion for which no answer is required. If an answer is required, Defendant denies the same.

322.   The allegation calls for a legal conclusion for which no answer is required. If an answer is required, Defendant denies the same.

323.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

## B. FRAUDULENTLY UPCODED OFFICE VISITS

324.   The allegation calls for a legal conclusion for which no answer is required. If an answer is required, Defendant denies the same.

325.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

326.   The allegation calls for a legal conclusion for which no answer is required. If an answer is required, Defendant denies the same.

327.   The allegation calls for a legal conclusion for which no answer is required. If an answer is required, Defendant denies the same.

328.   The allegation calls for a legal conclusion for which no answer is required. If an answer is required, Defendant denies the same.

329.   The allegation calls for a legal conclusion for which no answer is required. If an answer is required, Defendant denies the same.

330.   The allegation calls for a legal conclusion for which no answer is required. If an answer is required, Defendant denies the same.

331.   The allegation calls for a legal conclusion for which no answer is required. If an answer is required, Defendant denies the same.

332.   The allegation calls for a legal conclusion for which no answer is required. If an answer is required, Defendant denies the same.

333.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

334.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

335.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

336.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

337.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

338.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

339.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

340.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

341.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

342.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

343.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

344.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

345.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

346.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

347.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

348.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

349.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

350.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

351.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

352.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

353.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

354.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

### C. FRAUDULENT USE OF CPT CODE MODIFIERS

355.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

356.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

357.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

358.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

359.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

360.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

361.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

362.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

### D. IMPROPER BILLING DURING GLOBAL POST-SURGERY PERIODS

363.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

364.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

365.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

366.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

367.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

368.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

369.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

370.   Defendant denies for the reason that the allegations are not true, leaving Plaintiffs to their proofs. As to Subparagraphs a through b, Defendant is without sufficient information to formulate a response.

371.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

372.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

## IX.   EXCESSIVE AND UNREASONABLE CHARGES

373.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

### A. EXCESSIVE AND UNREASONABLE CHARGES FOR PROCEDURES

374.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

375.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

376.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

377.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

378.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

379.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

380.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

381.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

382.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

383.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

384.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

385.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

386.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

387.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

388.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

389.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

390.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

391.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

## X. MISREPRESENTATIONS MADE BY THE DEFENDANTS AND RELIED UPON BY ALLSTATE

### A. MISREPRESENTATIONS BY THE DEFENDANTS

392.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

393.   The allegation calls for a legal conclusion for which no answer is required. If an answer is required, Defendant denies the same.

394.   The allegation calls for a legal conclusion for which no answer is required. If an answer is required, Defendant denies the same.

395.   The allegation calls for a legal conclusion for which no answer is required. If an answer is required, Defendant denies the same.

396. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

   a. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

   b. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

   c. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

   d. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

   e. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

   f. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

   g. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

   h. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

   i. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

    j. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

    k. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

    l. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

397. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

398. The allegation calls for a legal conclusion for which no answer is required. If an answer is required, Defendant denies the same.

399. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

400. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

401. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

402. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

403. The allegation calls for a legal conclusion for which no answer is required. If an answer is required, Defendant denies the same.

404.   The allegation calls for a legal conclusion for which no answer is required. If an answer is required, Defendant denies the same.

405.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

### B. ALLSTATE'S JUSTIFIABLE RELIANCE

406.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

407.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

408.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

409.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

410.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

411.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

412.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

413. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

## XI.    MAIL AND WIRE FRAUD RACKETEERING ACTIVITY

414. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

415. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

416. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

417. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

418. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

419. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

420. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

421. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

422.   The allegation calls for a legal conclusion for which no answer is required. If an answer is required, Defendant denies the same.

423.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

424.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

425.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

426.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

427.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

428.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

429.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

430.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

431.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

432.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

433.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

434.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

435.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

## XII.   DAMAGES

436.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

437.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

438.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

439.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

440.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

441.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

442.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

443.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

444.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

## XIII.  CAUSES OF ACTION

### COUNT I
### VIOLATION OF 18 U.S.C. § 1962(c)
### (SE MI Hospital Enterprise)
### Against J. Alan Robertson, M.D., P.C., Martin Quiroga, P.C., Comprehensive Neuromonitoring, LLC, J. Alan Robertson, M.D., Martin Quiroga, D.O., and Sidney Broder, M.D.

445.   Defendant SMSH hereby restates and realleges its answers to the allegations contained in Paragraphs 1 through 444 as though fully set forth herein.

446.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

447.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

448.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

449.  Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

450.  Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

451.  Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

452.  Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

453.  Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

454.  Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

455.  Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

**<u>COUNT II</u>**
**VIOLATION OF 18 U.S.C. § 1962(d)**
**(SE MI Hospital Enterprise)**
**Against J. Alan Robertson, M.D., P.C., Martin Quiroga, P.C., Comprehensive Neuromonitoring, LLC, J. Alan Robertson, M.D., Martin Quiroga, D.O., and Sidney Broder, M.D.**

456.  Defendant SMSH hereby restates and realleges its answers to the allegations contained in Paragraphs 1 through 455 as though fully set forth herein.

457. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

458. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

459. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

460. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

461. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

462. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

463. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

## <u>COUNT III</u>
## VIOLATION OF 18 U.S.C. § 1962(c)
## (Robertson, P.C. Enterprise)
## Against Southeast Michigan Surgical Hospital, LLC, Comprehensive Neuromonitoring, LLC, J. Alan Robertson, M.D., and Sidney Broder, M.D.

464. Defendant SMSH hereby restates and realleges its answers to the allegations contained in Paragraphs 1 through 463 as though fully set forth herein.

465. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

466. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

467. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

468. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

469. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

470. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

471. Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

472. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

473. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

474. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

<u>**COUNT IV**</u>
**VIOLATION OF 18 U.S.C. § 1962(d)**
**(Robertson, P.C. Enterprise)**
**Against Southeast Michigan Surgical Hospital, LLC, Comprehensive**
**Neuromonitoring, LLC, J. Alan Robertson, M.D., and Sidney Broder, M.D.**

475.  Defendant SMSH hereby restates and realleges its answers to the allegations contained in Paragraphs 1 through 474 as though fully set forth herein.

476.  Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

477.  Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

478.  Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

479.  Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

480.  Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

481.  Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

482.  Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

## COUNT V
## VIOLATION OF 18 U.S.C. § 1962(c)
## (Quiroga, P.C. Enterprise)
## Against Southeast Michigan Surgical Hospital, LLC, and Martin Quiroga, D.O.

483.   Defendant SMSH hereby restates and realleges its answers to the allegations contained in Paragraphs 1 through 482 as though fully set forth herein.

484.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

485.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

486.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

487.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

488.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

489.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

490.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

491.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

492.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

**COUNT VI**
**VIOLATION OF 18 U.S.C. § 1962(d)**
**(Quiroga, P.C. Enterprise)**
**Against Southeast Michigan Surgical Hospital, LLC, and Martin Quiroga, D.O.**

493.   Defendant SMSH hereby restates and realleges its answers to the allegations contained in Paragraphs 1 through 492 as though fully set forth herein.

494.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

495.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

496.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

497.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

498.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

499.  Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

500.  Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

## COUNT VII
## VIOLATION OF 18 U.S.C. § 1962(c)
### (Comprehensive Neuromonitoring Enterprise)
### Against Southeast Michigan Surgical Hospital, LLC, J. Alan Robertson, M.D., P.C. J. Alan Robertson, M.D. and Sidney Broder, M.D.

501.  Defendant SMSH hereby restates and realleges its answers to the allegations contained in Paragraphs 1 through 500 as though fully set forth herein.

502.  Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

503.  Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

504.  Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

505.  Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

506.  Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

507.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

508.   Defendant does not possess sufficient information to answer the allegation. If an answer is required, then Defendant denies.

509.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

510.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

511.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

## COUNT VIII
### VIOLATION OF 18 U.S.C. § 1962(d)
### (Comprehensive Neuromonitoring Enterprise)
### Against Southeast Michigan Surgical Hospital, LLC, J. Alan Robertson, M.D., P.C. J. Alan Robertson, M.D. and Sidney Broder, M.D.

512.   Defendant SMSH hereby restates and realleges its answers to the allegations contained in Paragraphs 1 through 511 as though fully set forth herein.

513.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

514.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

515. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

516. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

517. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

518. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

519. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

### COUNT IX
### COMMON LAW FRAUD
### Against All Defendants

520. Defendant SMSH hereby restates and realleges its answers to the allegations contained in Paragraphs 1 through 519 as though fully set forth herein.

521. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

522. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

523. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

524.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

525.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

526.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

527.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

### COUNT X
### CIVIL CONSPIRACY
### Against All Defendants

528.   Defendant SMSH hereby restates and realleges its answers to the allegations contained in Paragraphs 1 through 527 as though fully set forth herein.

529.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

530.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

531.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

532.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

533.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

534.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

535.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

536.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

<u>**COUNT XI**</u>
**PAYMENT UNDER MISTAKE OF FACT**
**Against Southeast Michigan Surgical Hospital, LLC, J. Alan Robertson, M.D., P.C., Martin Quiroga, P.C., and Comprehensive Neuromonitoring, LLC**

537.   Defendant SMSH hereby restates and realleges its answers to the allegations contained in Paragraphs 1 through 536 as though fully set forth herein.

538.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

539.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

540.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

541.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

542. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

## COUNT XII
**UNJUST ENRICHMENT**
**Against All Defendants**

543. Defendant SMSH hereby restates and realleges its answers to the allegations contained in Paragraphs 1 through 542 as though fully set forth herein.

544. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

545. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

546. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

547. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

548. Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

## COUNT XIII
**DECLARATORY RELIEF PURSUANT TO 28 U.S.C. § 2201**
**Against All Defendants**

549.   Defendant SMSH hereby restates and realleges its answers to the allegations contained in Paragraphs 1 through 548 as though fully set forth herein.

550.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

551.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

552.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

553.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

554.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

555.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

556.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

557.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

558.   Defendant denies for the reason that the allegation is not true, leaving Plaintiffs to their proofs.

559. Defendant denies for the reason that the allegation is not true, leaving

Plaintiffs to their proofs.

560. Defendant denies for the reason that the allegation is not true, leaving

Plaintiffs to their proofs.

## XIV.  DEMAND FOR RELIEF

WHEREFORE, Defendant respectfully requests that the Court dismiss this cause

of action in its entirety, together with an award of costs and fees to Defendant.

### COUNT I
### VIOLATION OF 18 U.S.C. § 1962(c)
### (SE MI Hospital Enterprise)
### Against J. Alan Robertson, M.D., P.C., Martin Quiroga, P.C., Comprehensive Neuromonitoring, LLC, J. Alan Robertson, M.D., Marin Quiroga, D.O., and Sidney Broder, M.D.

WHEREFORE, Defendant respectfully requests that the Court dismiss this cause

of action in its entirety, together with an award of costs and fees to Defendant.

### COUNT II
### VIOLATION OF 18 U.S.C. § 1962(d)
### (SE MI Hospital Enterprise)
### Against J. Alan Robertson, M.D., P.C., Martin Quiroga, P.C., Comprehensive Neuromonitoring, LLC, J. Alan Robertson, M.D., Marin Quiroga, D.O., and Sidney Broder, M.D.

WHEREFORE, Defendant respectfully requests that the Court dismiss this cause

of action in its entirety, together with an award of costs and fees to Defendant.

### COUNT III
### VIOLATION OF 18 U.S.C. § 1962(c)
### (Robertson, P.C. Enterprise)
### Against Southeast Michigan Surgical Hospital, LLC, Comprehensive

**Neuromonitoring, LLC, J. Alan Robertson, M.D., and Sidney Broder, M.D.**

WHEREFORE, Defendant respectfully requests that the Court dismiss this cause

of action in its entirety, together with an award of costs and fees to Defendant.

## COUNT IV
### VIOLATION OF 18 U.S.C. § 1962(d)
### (Robertson, P.C. Enterprise)
**Against Southeast Michigan Surgical Hospital, LLC, Comprehensive Neuromonitoring, LLC, J. Alan Robertson, M.D., and Sidney Broder, M.D.**

WHEREFORE, Defendant respectfully requests that the Court dismiss this cause

of action in its entirety, together with an award of costs and fees to Defendant.

## COUNT V
### VIOLATION OF 18 U.S.C. § 1962(c)
### (Quiroga, P.C. Enterprise)
**Against Southeast Michigan Surgical Hospital, LLC and Martin Quiroga, D.O.**

WHEREFORE, Defendant respectfully requests that the Court dismiss this cause

of action in its entirety, together with an award of costs and fees to Defendant.

## COUNT VI
### VIOLATION OF 18 U.S.C. § 1962(d)
### (Quiroga, P.C. Enterprise)
**Against Southeast Michigan Surgical Hospital, LLC and Martin Quiroga, D.O.**

WHEREFORE, Defendant respectfully requests that the Court dismiss this cause

of action in its entirety, together with an award of costs and fees to Defendant.

## COUNT VII
### VIOLATION OF 18 U.S.C. § 1962(c)
### (Comprehensive Neuromonitoring Enterprise)
**Against Southeast Michigan Surgical Hospital, LLC, J. Alan Robertson, M.D.,**

**P.C., J. Alan Robertson, M.D., and Sidney Broder, M.D.**

WHEREFORE, Defendant respectfully requests that the Court dismiss this cause

of action in its entirety, together with an award of costs and fees to Defendant.

### COUNT VIII
**VIOLATION OF 18 U.S.C. § 1962(d)**
**(Comprehensive Neuromonitoring Enterprise)**
**Against Southeast Michigan Surgical Hospital, LLC, J. Alan Robertson, M.D.,**
**P.C., J. Alan Robertson, M.D., and Sidney Broder, M.D.**

WHEREFORE, Defendant respectfully requests that the Court dismiss this cause

of action in its entirety, together with an award of costs and fees to Defendant.

### COUNT IX
**COMMON LAW FRAUD**
**Against all Defendants**

WHEREFORE, Defendant respectfully requests that the Court dismiss this cause

of action in its entirety, together with an award of costs and fees to Defendant.

### COUNT X
**CIVIL CONSPIRACY**
**Against all Defendants**

WHEREFORE, Defendant respectfully requests that the Court dismiss this cause

of action in its entirety, together with an award of costs and fees to Defendant.

### COUNT XI
**PAYMENT UNDER MISTAKE OF FACT**
**Against Southeast Michigan Surgical Hospital, LLC, J. Alan Robertson, M.D.,**
**P.C., Martin Quiroga, P.C., and Comprehensive Neuromonitoring, LLC**

WHEREFORE, Defendant respectfully requests that the Court dismiss this cause

of action in its entirety, together with an award of costs and fees to Defendant.

## COUNT XII
## UNJUST ENRICHMENT
### Against all Defendants

WHEREFORE, Defendant respectfully requests that the Court dismiss this cause

of action in its entirety, together with an award of costs and fees to Defendant.

## COUNT XIII
## DECLARATORY RELIEF PURSUANT TO 28 U.S.C. § 2201
### Against all Defendants

WHEREFORE, Defendant respectfully requests that the Court dismiss this cause

of action in its entirety, together with an award of costs and fees to Defendant.

Respectfully submitted,
CHAPMAN LAW GROUP

Dated: June 30, 2023       */s/John Cardello*
Ronald W. Chapman Sr., M.P.A.,
LL.M. (P37603)
John C. Cardello (P58082)
Attorneys for Defendant Southeast Michigan
Surgical Hospital, LLC
1441 West Long Lake Rd., Suite 310
Troy, MI 48098
(248) 644-6326
rchapman@chapmanlawgroup.com
jcardello@chapmanlawgroup.com

68

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Allstate Insurance Company;
Allstate Fire and Casualty Insurance
Company; and Allstate Property and
Casualty Insurance Company,

      Plaintiffs,

v.

Southeast Michigan
Surgical Hospital, LLC, et al.,

      Defendants.

Case No.: 2:22-cv-11684
District Judge: Stephen J. Murphy, III
Magistrate Judge: Elizabeth A. Stafford

---

KING, TILDEN, MCETTRICK & BRINK
Nathan A. Tilden (P76969)
Andrew H. DeNinno
William G. Potter
*Attorneys for Plaintiffs*
38777 Six Mile Rd., Ste. 314
Livonia, MI 48152
(734) 521-9000
ntilden@ktmpc.com
adeninno@ktmpc.com
wpotter@ktmpc.com

CHAPMAN LAW GROUP
Ronald W. Chapman, Sr., M.P.A.
LL.M. (P37603)
John C. Cardello (P85082)
*Attorneys for Defendant Southeast
Michigan Surgical Hospital, LLC*
1441 W. Long Lake Rd., Ste. 310
Troy, MI 48098
(248) 644-6326
rchapman@chapmanlawgroup.com
jcardello@chapmanlawgroup.com

HALL, RENDER, KILLIAN, HEATH &
LYMAN, P.C.
Mark R. Adams (P47065)
Jessica N. Biondo (P85356)
David B. Honig (IN: 22247-49)
*Attorneys for Defendant
Comprehensive Neuromonitoring, LLC*
101 W. Big Beaver Rd., Ste. 745
Troy, MI 48084
(248) 519-3093
madams@hallrender.com

ATNIP & ASSOCIATES, PLLC
Heather J. Atnip (P69613)
Anna E. Wright (P72611)
*Attorneys for Defendant Martin
Quiroga, D.O. and Martin Quiroga,
P.C.*
400 Water St., Ste. 205
Rochester, MI 48307
(248) 599-1607
heather@atniplawyers.com
anna@atniplawyers.com

jbiondo@hallrender.com
dhonig@hallrender.com

---

## DEFENDANT SOUTHEAST MICHIGAN SURGICAL HOSPITAL, LLC'S RELIANCE ON PLAINTIFF'S DEMAND FOR JURY TRIAL

Defendant Southeast Michigan Surgical Hospital, LLC hereby enters their reliance on Plaintiffs' demand for trial by jury on all matters before the Court to the extent allowed by law and request a trial by jury to resolve all claims and issues associated with this action. Defendant further states that if at any time prior to trial of this matter, Plaintiffs rescind, reject, revoke, or fail to file a Jury Demand, Defendant will request a jury be the trier of fact.

Respectfully submitted,
CHAPMAN LAW GROUP

Dated: June 30, 2023          */s/John Cardello*
Ronald W. Chapman Sr., M.P.A.,
LL.M. (P37603)
John C. Cardello (P58082)
Attorneys for Defendant Southeast Michigan
Surgical Hospital, LLC
1441 West Long Lake Rd., Suite 310
Troy, MI 48098
(248) 644-6326
rchapman@chapmanlawgroup.com
jcardello@chapmanlawgroup.com

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Allstate Insurance Company;
Allstate Fire and Casualty Insurance
Company; and Allstate Property and
Casualty Insurance Company,

     Plaintiffs,

v.

Southeast Michigan
Surgical Hospital, LLC, et al.,

     Defendants.

Case No.: 2:22-cv-11684
District Judge: Stephen J. Murphy, III
Magistrate Judge: Elizabeth A. Stafford

---

KING, TILDEN, MCETTRICK & BRINK
Nathan A. Tilden (P76969)
Andrew H. DeNinno
William G. Potter
*Attorneys for Plaintiffs*
38777 Six Mile Rd., Ste. 314
Livonia, MI 48152
(734) 521-9000
ntilden@ktmpc.com
adeninno@ktmpc.com
wpotter@ktmpc.com

CHAPMAN LAW GROUP
Ronald W. Chapman, Sr., M.P.A.
LL.M. (P37603)
John C. Cardello (P85082)
*Attorneys for Defendant Southeast
Michigan Surgical Hospital, LLC*
1441 W. Long Lake Rd., Ste. 310
Troy, MI 48098
(248) 644-6326
rchapman@chapmanlawgroup.com
jcardello@chapmanlawgroup.com

HALL, RENDER, KILLIAN, HEATH &
LYMAN, P.C.
Mark R. Adams (P47065)
Jessica N. Biondo (P85356)
David B. Honig (IN: 22247-49)
*Attorneys for Defendant
Comprehensive Neuromonitoring, LLC*
101 W. Big Beaver Rd., Ste. 745
Troy, MI 48084
(248) 519-3093
madams@hallrender.com

ATNIP & ASSOCIATES, PLLC
Heather J. Atnip (P69613)
Anna E. Wright (P72611)
*Attorneys for Defendant Martin
Quiroga, D.O. and Martin Quiroga,
P.C.*
400 Water St., Ste. 205
Rochester, MI 48307
(248) 599-1607
heather@atniplawyers.com
anna@atniplawyers.com

jbiondo@hallrender.com
dhonig@hallrender.com

---

## DEFENDANT SOUTHEAST MICHIGAN SURGICAL HOSPITAL, LLC'S AFFIRMATIVE DEFENSES

1. Plaintiffs fail to state a claim upon which relief can be granted.

2. Plaintiffs fail to state a claim as a matter of law.

3. Plaintiffs' claims are barred by the applicable statutes of limitations.

4. Plaintiffs' claims are barred by the applicable doctrines of release, waiver, estoppel, accord and satisfaction, and/or laches.

5. Plaintiffs' claims are barred by the provisions of the Michigan No-Fault Act.

6. Plaintiffs' claims are barred by the non-joinder of parties under Fed. R. Civ. P. 19.

7. Plaintiffs' claims are barred in whole or in part by Plaintiffs' comparative fault.

8. Plaintiffs' claims are moot as they have been paid.

9. Due to their conduct, Plaintiffs have waived and/or is estopped from seeking payment for relief.

10. Due to their conduct, Plaintiffs are estopped from making the allegations complained of.

11. Due to their conduct, Plaintiffs have waived any rights they assert in the Complaint.

12. Plaintiffs have unclean hands in attempting to generate more profits by not paying their insureds despite collecting their premium, and in attempting to discourage providers in providing reasonable and necessary treatment to their patients.

13. Plaintiffs have failed to mitigate their damages.

14. Plaintiffs' damages, if any, are the result of Plaintiffs' wrongful conduct.

15. Defendant specifically reserves the right to add any other Affirmative and/or Special Defenses as may become known or discovered in the course of subsequent investigation or discovery.

Respectfully submitted,
CHAPMAN LAW GROUP

Dated: June 30, 2023                    /s/John Cardello
                                        Ronald W. Chapman Sr., M.P.A.,
                                        LL.M. (P37603)
                                        John C. Cardello (P58082)
                                        Attorneys for Defendant Southeast
                                        Michigan Surgical Hospital, LLC
                                        1441 West Long Lake Rd., Suite 310
                                        Troy, MI 48098
                                        (248) 644-6326
                                        rchapman@chapmanlawgroup.com
                                        jcardello@chapmanlawgroup.com

## **PROOF OF SERVICE**

I hereby certify that on June 30, 2023 I presented the foregoing paper to the Clerk of the Court for filing and uploading to the ECF system, which will send notification of such filing to the attorneys of record listed herein and I hereby certify that I have mailed by US Postal Service the document to the involved nonparticipants.

*/s/ John Cardello*
John C. Cardello (P58082)
1441 West Long Lake Rd., Suite 310
Troy, MI 48098
(248) 644-6326
jcardello@chapmanlawgroup.com

4