UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Allstate Insurance Company; Allstate Fire and Casualty Insurance; and Allstate Property and Cas

Plaintiff(s),

Case No. 2:22-cv-11684

v.

Stephen J. Murphy, III

Southeast Michigan Surgical Hospital, LLC, et al.

Elizabeth A. Stafford

Defendant(s).
_____/

# STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, Southeast Michigan Surgical Hospital LLC.

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☐   No ☑

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name:
   Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐   No ☑

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date: 6/30/2023

s/John C. Cardello

P58082
Chapman Law Group
1441 West Long Lake Rd.
Suite 310
Troy, MI 48098
(248) 644-6326
jcardello@chapmanlawgroup.com