# EXHIBIT A

| | |
|---|---|
| **From:** | Lisa Machell |
| **To:** | Andrew H. DeNinno |
| **Cc:** | Nathan Tilden; William Potter; Ronald Chapman Sr. |
| **Subject:** | Allstate Insurance Company, et al v. Southeast Michigan Surgical Hospital, LLC, et al Eastern District of Michigan Case Number: 2:22-cv-11684 |
| **Date:** | Friday, June 7, 2024 10:49:21 AM |
| **Attachments:** | image001.png |
| | image003.png |
| | 2024-06-07 Defendant, SE, FIrst RFP to Plaintiffs .pdf |

Dear Attorney DeNinno:

Attached please find the Defendant, Southeast Michigan Surgical Hospital, LLC's, First Set of Request for Production directed to the Plaintiffs in the above-referenced matter.

Thank you.

Best,
Lisa M. Machell

**LISA M. MACHELL** | Paralegal
Professional Licensing & Regulatory Affairs

Assistant to Ronald W. Chapman Sr., MPA, LL.M.

6841 Energy Ct., Sarasota, FL 34240
P: 941-893-3449
F: 248-644-6324
Email: Lmachell@chapmanlawgroup.com
Web: www.chapmanlawgroup.com

This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing, or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify us at (248) 644-6326.