# EXHIBIT D

| | |
|---|---|
| **From:** | Ronald Chapman Sr. |
| **To:** | Andrew H. DeNinno |
| **Cc:** | Lisa Machell |
| **Subject:** | medical records |
| **Date:** | Wednesday, June 5, 2024 12:20:50 PM |
| **Attachments:** | image001.png |
| | image003.png |
| | image005.png |
| | image006.png |
| | image007.png |

Andrew

    I have 100 medical records coming your way after I mark them confidential. You should have them on Friday.  I am working on obtaining the remainder.

ron

### RONALD W. CHAPMAN SR., MPA, LL.M. | Founding Shareholder, President & CFO

FREE ULTIMATE HEALTHCARE COMPLIANCE GUIDE!

Florida: 6841 Energy Ct., Sarasota, FL 34240
941.893.3449 (o)  248-227-4021 (c)

Michigan: 1441 West Long Lake Rd., Ste. 310, Troy, MI 48098
248.644.6326

Email: rchapman@chapmanlawgroup.com
Web: www.chapmanlawgroup.com

This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing, or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify us at (248) 644-6326.

