UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALLSTATE INSURANCE COMPANY,
et al.,                                          Case No. 2:22-cv-11684

                   Plaintiffs,                   HONORABLE STEPHEN J. MURPHY, III

v.

SOUTHEAST MICHIGAN SURGICAL
HOSPITAL, LLC and SIDNEY
BRODER,

                   Defendants.
_____/

## ORDER TO APPEAR

Given the complexity and length of the above case, the Court will order the parties to appear for an in-person status conference at 1:00 p.m. on August 21, 2024. The parties should come prepared to discuss the status of any settlement offers and the prospects for resolving the case.

**WHEREFORE**, it is hereby **ORDERED** that the parties must **APPEAR** for an in-person status conference at **1:00 p.m. on August 21, 2024**.

**SO ORDERED.**

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: July 31, 2024

1