UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALLSTATE INSURANCE COMPANY,
et al.,                                                    Case No. 2:22-cv-11684

      Plaintiff,                                  HONORABLE STEPHEN J. MURPHY, III

v.

SOUTHEAST MICHIGAN SURGICAL
HOSPITAL, LLC,

      Defendant.
                                 /

**ORDER REQUIRING JOINT STATUS REPORT**

On August 26, 2024, the Court held a status conference with Plaintiff Allstate and Defendant Southeast Michigan Surgical Hospital. Both parties reported positive progress toward settlement and expressed a desire to continue settlement discussions. Accordingly, the parties should continue settlement negotiations, and the Court will require the parties to submit a joint status report that details their progress towards settlement and whether they believe that additional facilitative mediation would aid their settlement discussions no later than September 23, 2024. In the meantime, the Court will not act on the parties' pending discovery motions.

**WHEREFORE**, it is hereby **ORDERED** that the parties must **SUBMIT** the

1

above-described joint status report **no later than September 23, 2024**.

    **SO ORDERED.**

<u>s/ Stephen J. Murphy, III</u>
STEPHEN J. MURPHY, III
United States District Judge

Dated: August 28, 2024