UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY; ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY; and ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>SOUTHEAST MICHIGAN SURGICAL HOSPITAL, LLC,<br><br>　　　　　　　Defendant. | C.A. No. 2:22-cv-11684-SJM-EAS |

# JOINT STATUS REPORT

Plaintiffs Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, and Allstate Property and Casualty Insurance Company (collectively, "Allstate") and defendant Southeast Michigan Surgical Hospital, LLC ("SE MI Hospital") (collectively, the "parties") jointly report as follows:

1. On August 26, 2024, the Court ordered the parties to file a joint status report detailing their progress towards settlement and advising the Court whether additional mediation would aid that progress. *See* ECF No. 71.

1

2. The parties report that they have reached an agreement to resolve this action and are currently working on a writing to memorialize the terms of that settlement.

3. The parties expect to submit a stipulation of dismissal within two (2) weeks of this status report.

4. In light of the fact that the parties have already reached a settlement agreement, the parties do not believe that additional mediation is necessary.

JOINTLY SUBMITTED THIS 23rd DAY OF SEPTEMBER, 2024:

| *Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, and Allstate Property and Casualty Insurance Company,* | *Southeast Michigan Surgical Hospital, LLC,* |
|---|---|
| By their Attorneys, | By its Attorneys, |
| */s/ Andrew H. DeNinno* | */s/ Ronald W. Chapman* |
| _____ Nathan A. Tilden (P76969) ntilden@ktmpc.com Andrew H. DeNinno adeninno@ktmpc.com William G. Potter wpotter@ktmpc.com KTM 38777 Six Mile Road, Suite 314 Livonia, MI 48152 (734) 521-9000 350 Granite Street, Suite 2204 Braintree, MA 02184 (617) 770-2214 | _____ Ronald W. Chapman (P37603) rchapman@chapmanlawgroup.com John C. Cardello (P85082) jcardello@chapmanlawgroup.com Chapman Law Group 1441 West Long Lake Road Suite 310 Troy, MI 48098 (248) 644-6326 |